UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICAN K-9 DETECTION
SERVICES, INC. AND AMERICAN
K-9 DETECTION SERVICES, LLC,

    Plaintiff,

v.                              Case No.: 6:14-cv-1988-Orl-37TBS

RUTHERFOORD INTERNATIONAL, INC.,
a foreign corporation and SARA PAYNE,
a citizen of the state of Virginia,

    Defendants.

_____/

**DEFENDANTS' NOTICE OF FILING DEPOSITION TRANSCRIPTS AND DOCUMENTS IN SUPPORT OF DEFENDANTS'** *DAUBERT* **MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFFS' PURPORTED EXPERT, WILLIAM HAGER**

Defendants, Rutherfoord International, Inc. and Sara Payne, hereby give notice of the filing of the attached documents in support of their *Daubert* Motion to Preclude the Testimony of Plaintiffs' Purported Expert, William Hager:

Exhibit 1:    Excerpts from the January 4, 2016 deposition of William D. Hager in this action.

Exhibit 2:    Expert Report of William D. Hager, served in this action.

Exhibit 3:    Order, *Scottsdale Ins. Co. v. Market Finders Ins. Co.*, No. 8:06-cv-1404-T-30EAJ (M.D. Florida Mar. 19, 2008) (Dkt. 75), and the referenced Plaintiff's Motion to Strike Defendant's Expert (Dkt. 65).

QB\38039300.1

| | |
|---|---|
| Exhibit 4: | Omnibus Order on Pretrial Motions, *Tiara Condominium Assoc., Inc. v. Marsh USA, Inc.*, No. 08-80254-CIV-HURLEY (S.D. Florida Feb. 18, 2014) (Dkt. 408). |
| Exhibit 5: | Excerpts from Transcript of Trial Proceedings, *Kemberling v. Metlife Life & Annuity Co. of Conn.*, No. 8:06-CV-01741-T-23MAP (M.D. Florida Feb. 12, 2008). |
| Exhibit 6: | Excerpts from the March 2, 2012 deposition of William J. Reid, *Richard Cicero, et al. v. American K-9 Detection Services, Inc.*, *et al.*, Case No. 2011-CA-7669-O (Fla. 9th Cir. Ct.). |
| Exhibit 7: | Excerpts from the August 27, 2015 and August 28, 2015 depositions of Plaintiff's 30(b)(6) designee, Michael O. Murray, taken in this action. |
| Exhibit 8: | Excerpts from Transcript of Motion Hearing, *Tiara Condominium Assoc., Inc. v. Marsh USA, Inc.*, No. 08-80254-CIV-HURLEY (S.D. Florida Feb. 18, 2014). |
| Exhibit 9: | Excerpts from the December 11, 2013 deposition of William D. Hager, *Tiara Condominium Assoc., Inc. v. Marsh USA, Inc.*, No. 08-80254-CIV-HURLEY (S.D. Florida). |
| Exhibit 10: | Document marked as Exhibit 17 during the August 27, 2015 deposition of Plaintiffs' 30(b)(6) designee in this action. |
| Exhibit 11: | Excerpts from the December 3, 2015 deposition of Sara K. Payne in this action. |

3

Dated: January 15, 2016

/s/ Sara D. Dunn
Sara D. Dunn
sara.dunn@quarles.com
Florida Bar No. 106923
Joshua D. Maggard
joshua.maggard@quarles.com
admitted *Pro Hac Vice*
QUARLES & BRADY LLP
101 East Kennedy Blvd.
Suite 3400
Tampa, FL  33602-5195
Phone: 813-387-0300
Fax: 813-387-1800
*Counsel for Defendants, Rutherfoord International, Inc. and Sara Payne*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Brian D. Stokes, Esq.,
Alvarez, Winthrop, Thompson & Storey, P.A.,
390 N Orange Ave, Ste 300
P.O. Box 3511
Orlando, FL  32802
(407) 398-6835
bdstokes@aswpa.com

Carlos J. Burruezo, Esq.
Bertha L. Burruezo, Esq.
Vanessa A. Braga, Esq.
Burruezo & Burruezo, PLLC
941 Lake Baldwin Lane, Suite 102
Orlando, Florida 32814
(407) 754-2904
carlos@burruezolaw.com
bertha@burruezolaw.com
vanessa@burruezolaw.com

/s/ Sara D. Dunn
Attorney

QB\38039300.1