

**DLA Piper** LLP (US)
500 8th Street, NW
Washington, DC 20004
T 202-799-4000
F 202-799-5000
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

August 31, 2011

F. Lavallee
Matter # 367451-000007
Invoice # 2608163

---

*For Professional Services Through **July 31, 2011***:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation,**
　　　　**Florida**

| | | |
|---|---|---|
| Fees | $ | 71,956.50 |
| Less Discount | $ | (3,866.80) |
| Current Fees | $ | 68,089.70 |
| Current Disbursements | $ | 111.54 |
| Total This Invoice | $ | 68,201.24 |

---

Please send remittance to:　　　DLA Piper LLP (US)
　　　　　　　　　　　　　　　P.O. Box 75190
　　　　　　　　　　　　　　　Baltimore, MD 21275

Or wire remittance to:　　　　　M&T Bank　　　　　　　　　　　　　　*To ensure proper credit, please indicate the*
　　　　　　　　　　　　　　　25 South Charles Street, 18th Floor　　　*invoice number you are paying on the wire*
　　　　　　　　　　　　　　　Baltimore, MD 21201
　　　　　　　　　　　　　　　Account Name: DLA Piper LLP (US) Operating Account
　　　　　　　　　　　　　　　Account #: 074-8148-5
　　　　　　　　　　　　　　　ABA Transit #: 022000046
　　　　　　　　　　　　　　　Swift Code: MANTUS33INT
Law Firm Tax Identification Number:　52-0616490

# EXHIBIT C-1



Matter # 367451-000007
Invoice # 2608163

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 07/28/11 | | Jones, Cassidy Erin | 4.40 | 1,368.40 |
| 07/29/11 | | Conwell, Lewis J. | 3.30 | 2,082.30 |
| 07/29/11 | | Jones, Cassidy Erin | 7.30 | 2,270.30 |

|  | **Total Fees** | | **163.00** | **$71,956.50** |
|--|----------------|--|------------|-------------|
|  | **Less Discount** | | | **(3,866.80)** |
|  | **Total Fees this Invoice** | | | **$68,089.70** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 64.40 | 631.00 | 40,636.40 |
| Adams, Stephanie | Associate | 30.30 | 396.00 | 11,998.80 |
| Jones, Cassidy Erin | Associate | 44.30 | 311.00 | 13,777.30 |
| Look, Donna L. | Paralegal | 24.00 | 231.00 | 5,544.00 |
| **Totals** | | **163.00** | | **71,956.50** |



**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 07/08/11 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 07/06/11 - TO ATTEND CLIENT MEETING IN LAKE MARY, FLORIDA ON 7/6/11 | 111.54 |
| | **Total Disbursements** | **$111.54** |

|  | **Total Current Charges** | $ | **68,201.24** |



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

September 9, 2011

F. Lavallee
Matter # 367451-000007
Invoice # 2618529

---

*For Professional Services Through **August 31, 2011***:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation, Florida**

| | | |
|---|---|---|
| Current Fees | $ | 60,792.90 |
| Current Disbursements | $ | 1,591.71 |
| Total This Invoice | $ | 62,384.61 |

---

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Law Firm Tax Identification Number:     52-0616490



## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 77.30 | 631.00 | 48,776.30 |
| Jones, Cassidy Erin | Associate | 16.60 | 311.00 | 5,162.60 |
| Look, Donna L. | Paralegal | 3.20 | 265.00 | 848.00 |
| Look, Donna L. | Paralegal | 26.00 | 231.00 | 6,006.00 |
| **Totals** | | **123.10** | | **60,792.90** |

## Disbursements:

| Date | Description | Amount |
|------|-------------|--------|
| 08/04/11 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 08/02/11 - ATTEND INTERVIEW OF WITNESS BILL REID IN LAKE MARY, FLORIDA ON 8/2/11 | 113.22 |
| 08/11/11 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 08/10/11 - TO ATTEND INTERVIEWS IN LAKE MARY, FLORIDA ON 8/10/11 | 113.22 |
| 08/18/11 | AIR FARE - VENDOR: LEWIS J. CONWELL - 08/15/11 - TO ATTEND WITNESS INTERVIEWS IN PIPE CREEK, TEXAS (8/15/11 THRU 8/17/11) | 905.50 |
| 08/18/11 | HOTEL - VENDOR: LEWIS J. CONWELL - 08/15/11 - TO ATTEND WITNESS INTERVIEWS IN PIPE CREEK, TEXAS (8/15/11 THRU 8/17/11) | 107.30 |
| 08/18/11 | HOTEL - VENDOR: LEWIS J. CONWELL - 08/16/11 - TO ATTEND WITNESS INTERVIEWS IN PIPE CREEK, TEXAS (8/15/11 THRU 8/17/11) | 107.30 |
| 08/18/11 | MEALS - VENDOR: LEWIS J. CONWELL - 08/17/11 - TO ATTEND WITNESS INTERVIEWS IN PIPE CREEK, TEXAS (8/15/11 THRU 8/17/11) | 17.13 |
| 08/18/11 | MEALS - VENDOR: LEWIS J. CONWELL - 08/16/11 - TO ATTEND WITNESS INTERVIEWS IN PIPE CREEK, TEXAS (8/15/11 THRU 8/17/11) | 35.88 |
| 08/18/11 | MEALS - VENDOR: LEWIS J. CONWELL - 08/15/11 - TO ATTEND WITNESS INTERVIEWS IN PIPE CREEK, TEXAS (8/15/11 THRU 8/17/11) | 2.88 |
| 08/18/11 | MEALS - VENDOR: LEWIS J. CONWELL - 08/15/11 - TO ATTEND WITNESS INTERVIEWS IN PIPE CREEK, TEXAS (8/15/11 THRU 8/17/11) | 6.82 |



| Date | Description | Amount |
|------|-------------|--------|
| 08/18/11 | MEALS - VENDOR: LEWIS J. CONWELL - 08/15/11 - TO ATTEND WITNESS INTERVIEWS IN PIPE CREEK, TEXAS (8/15/11 THRU 8/17/11) | 65.91 |
| 08/29/11 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 08/25/11 - TO ATTEND WITNESS INTERVIEWS OF TIM TONSOR, WILL MCELLEN AND MATT YOUNKER IN SANFORD, FLORIDA ON 8/25/11 | 116.55 |

**Total Disbursements** $1,591.71

**Total Current Charges** $ 62,384.61



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

October 21, 2011

F. Lavallee
Matter # 367451-000007
Invoice # 2635968

*For Professional Services Through **September 30, 2011***:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation,
Florida**

| | | |
|---|---|---|
| Current Fees | $ | 56,575.40 |
| Current Disbursements | $ | 145.59 |
| Total This Invoice | $ | 56,720.99 |

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:      52-0616490



Matter # 367451-000007
Invoice # 2635968

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 09/29/11 | | Jones, Cassidy Erin | 0.70 | 217.70 |
| 09/29/11 | | Look, Donna L. | 0.80 | 184.80 |
| 09/30/11 | | Conwell, Lewis J. | 4.60 | 2,902.60 |
| 09/30/11 | | Jones, Cassidy Erin | 2.30 | 715.30 |
| 09/30/11 | | Look, Donna L. | 2.50 | 577.50 |
| | **Total Fees** | | **130.20** | **$56,575.40** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Mysliwiec, Stephen R. | Partner | 1.00 | 702.00 | 702.00 |
| Conwell, Lewis J. | Partner | 50.90 | 631.00 | 32,117.90 |
| D'Angelo, Erin Carney | Of Counsel | 3.20 | 603.00 | 1,929.60 |
| Wang, Phillip H. | Associate | 7.80 | 585.00 | 4,563.00 |
| Jones, Cassidy Erin | Associate | 25.50 | 311.00 | 7,930.50 |
| Look, Donna L. | Paralegal | 40.40 | 231.00 | 9,332.40 |
| **Totals** | | **128.80** | | **56,575.40** |



**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 09/02/11 | MEALS - VENDOR: LEWIS J. CONWELL - 08/25/11 - LUNCH MEETING WITH WITNESS TIM TONSOR IN SANFORD FL ON 8/25/11 | 33.87 |
| 09/20/11 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Sheila Hall TO: Howard S. Grossman Grossman Attorneys at Law 1098 NW Boca Raton Boulevard BOCA RATON FL | 9.27 |
| 09/20/11 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: DLA PIPER US LLP TO: Howard S. Grossman Grossman Attorneys at Law BOCA RATON FL | 0.99 |
| 09/27/11 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 09/26/11 - TO ATTEND MOTION TO DISMISS HEARING IN ORLANDO, FL ON 9/26/11 | 6.00 |
| 09/27/11 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 09/26/11 - TO ATTEND MOTION TO DISMISS HEARING IN ORLANDO, FL ON 9/26/11 | 95.46 |

**Total Disbursements**     **$145.59**

**Total Current Charges**     **$    56,720.99**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
T 202-799-4000
F 202-799-5000
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

November 15, 2011

F. Lavallee
Matter # 367451-000007
Invoice # 2648044

*For Professional Services Through **October 31, 2011**:*

*Client:*     ***American K-9 Detection Services LLC***
*Matter:*    ***Cicero Personal Injury Litigation,***
          ***Florida***

| | | |
|---|---|---:|
| Current Fees | $ | 93,856.30 |
| Courtesy Credit | $ | (23,400.00) |
| Total Fees | $ | 70,456.30 |
| Current Disbursements | $ | 3,079.69 |
| Total This Invoice | $ | 73,535.99 |

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490



Matter # 367451-000007
Invoice # 2648044

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|-----------|-------|--------|
| 10/31/11 | | Conwell, Lewis J. | 0.30 | 189.30 |
| 10/31/11 | | O'Neill, James R. | 1.50 | 331.50 |
| 10/31/11 | | Look, Donna L. | 2.30 | 531.30 |
| | **Total Fees** | | **151.70** | **$70,456.30** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 68.90 | 631.00 | 43,475.90 |
| Wang, Phillip H. | Associate | 21.40 | 585.00 | 12,519.00 |
| Wang, Phillip H. | Associate | 40.00 | 585.00 | NO CHARGE |
| Jones, Cassidy Erin | Associate | 3.00 | 311.00 | 933.00 |
| O'Neill, James R. | Discovery Spec. | 4.30 | 221.00 | 950.30 |
| Look, Donna L. | Paralegal | 51.40 | 231.00 | 11,873.40 |
| Miller, Rebecca M. | Research Staff | 2.20 | 261.00 | 574.20 |
| Smith, Bobby G. | Research Staff | 0.50 | 261.00 | 130.50 |
| **Totals** | | **151.70** | | **70,456.30** |



**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 10/06/11 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 10/06/11 - TO ATTEND STRATEGY MEETING WITH CLIENT IN LAKE MARY, FL ON 10/6/11 | 113.22 |
| 10/07/11 | Westlaw Charges | 359.71 |
| 10/08/11 | Westlaw Charges | 85.40 |
| 10/09/11 | Westlaw Charges | 399.61 |
| 10/10/11 | Westlaw Charges | 72.03 |
| 10/11/11 | Westlaw Charges | 305.83 |
| 10/11/11 | Westlaw Charges | 221.34 |
| 10/12/11 | Westlaw Charges | 167.00 |
| 10/12/11 | Westlaw Charges | 8.35 |
| 10/13/11 | Westlaw Charges | 212.42 |
| 10/14/11 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Janice Kaun Career Consultants of Ameri 11019 North Dale Mabry Highway TAMPA FL | 9.19 |
| 10/14/11 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Raffa Consulting Economists 17 South Osceola Avenue ORLANDO FL | 9.19 |
| 10/18/11 | On-Line Researching - VENDOR: AMERICAN EXPRESS JUSTINE KALKA - LEXIS NEXIS CHARGES FOR PERIOD 8/1/11 - 8/31/11 | 63.56 |
| 10/21/11 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Howard S. Grossman Grossman Attorneys at Law 1098 NW Boca Raton Boulevard BOCA RATON FL | 9.09 |
| 10/24/11 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Sheila Hall TO: Room 210, Appeals Di Clerk of the Court 425 North Orange Avenue ORLANDO FL | 9.19 |
| 10/24/11 | Filing/Recording Fees - VENDOR: CLERK OF THE COURT, ORANGE COUNTY FILING FEE FOR FILING NOTICE OF APPEAL OF ORDER DENYING MOTION TO DISMISS TO THE 5TH DISTRICT COURT OF APPEAL | 103.00 |
| 10/24/11 | Filing/Recording Fees - VENDOR: CLERK, FIFTH DIST COURT OF APPEAL APPELLATE FILING FEE | 300.00 |
| 10/27/11 | Transcripts - VENDOR: ORANGE REPORTING, INC. ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF HEARING BEFORE JUDGE MIHOK | 591.10 |
| 10/28/11 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS LLC P.WANG 10/11 | 20.23 |
| 10/28/11 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS LLC P. WANG 10/13 | 20.23 |



**Total Disbursements**       <u>**$3,079.69**</u>

**Total Current Charges**    <u>$    73,535.99</u>

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:      DLA Piper LLP (US)
                                  P.O. Box 75190
                                  Baltimore, MD 21275

Or wire remittance to:         M&T Bank                                  *To ensure proper credit, please indicate the*
                                    25 South Charles Street, 18th Floor      *invoice number you are paying on the wire*
                                    Baltimore, MD 21201
                                    Account Name:
                                    DLA Piper LLP (US) Operating Account
                                    Account #: 074-8148-5
                                    ABA Transit #: 022000046
                                    Swift Code: MANTUS33INT

Law Firm Tax Identification Number:    52-0616490



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
T 202-799-4000
F 202-799-5000
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

December 5, 2011

F. Lavallee
Matter # 367451-000007
Invoice # 2654461

*For Professional Services Through **November 30, 2011***:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation, Florida**

| | | |
|---|---|---|
| Current Fees | $ | 33,756.30 |
| Current Disbursements | $ | 38.42 |
| Total This Invoice | $ | 33,794.72 |

Please send remittance to:    DLA Piper LLP (US)
                              P.O. Box 75190
                              Baltimore, MD 21275

Or wire remittance to:        M&T Bank                                      *To ensure proper credit, please indicate the*
                              25 South Charles Street, 18th Floor           *invoice number you are paying on the wire*
                              Baltimore, MD 21201
                              Account Name: DLA Piper LLP (US) Operating Account
                              Account #: 074-8148-5
                              ABA Transit #: 022000046
                              Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



Matter # 367451-000007
Invoice # 2654461

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 11/30/11 | ███████████████ | Adams, Stephanie | 0.30 | 118.80 |
| | **Total Fees** | | **75.60** | **$33,756.30** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 35.60 | 631.00 | 22,463.60 |
| Adams, Stephanie | Associate | 7.60 | 396.00 | 3,009.60 |
| Jones, Cassidy Erin | Associate | 11.70 | 311.00 | 3,638.70 |
| O'Neill, James R. | Discovery Spec. | 0.20 | 221.00 | 44.20 |
| Corvera, Melanie J. | Discovery Spec. | 0.30 | 220.00 | 66.00 |
| Look, Donna L. | Paralegal | 16.90 | 231.00 | 3,903.90 |
| Kincaid, Tammy | Project Assist. | 3.30 | 191.00 | 630.30 |
| **Totals** | | **75.60** | | **33,756.30** |

## Disbursements:

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/11 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Michael J. Ferrin 823 North Olive Avenue WEST PALM BEACH FL | 9.19 |
| 10/31/11 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Howard S. Grossman Grossman Attorneys at Law 1098 NW Boca Raton Boulevard BOCA RATON FL | 9.19 |
| 11/21/11 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Sheila Hall TO: Clerk's Office Fifth District Court of App 300 S. Beach Street DAYTONA BEACH FL | 20.04 |
| | **Total Disbursements** | **$38.42** |



**Total Current Charges**  $ 33,794.72

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:
DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:
M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name:
DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the*
*invoice number you are paying on the wire*

Law Firm Tax Identification Number:   52-0616490

**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
T 202-799-4000
F 202-799-5000
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC                       January 18, 2012
Mark Mahler
735 Primera Boulevard, Suite 215                                F. Lavallee
Lake Mary, FL 32746                             Matter # 367451-000007
                                                          Invoice # 2668164

*For Professional Services Through **December 31, 2011***:

*Client:*   ***American K-9 Detection Services LLC***
*Matter:*   ***Cicero Personal Injury Litigation,***
            ***Florida***

|  |  |  |
|---|---|---|
| Current Fees | $ | 62,880.30 |
| Current Disbursements | $ | 218.55 |
| Total This Invoice | $ | 63,098.85 |

Please send remittance to:       DLA Piper LLP (US)
                                 P.O. Box 75190
                                 Baltimore, MD 21275

Or wire remittance to:           M&T Bank                              *To ensure proper credit, please indicate the*
                                 25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                                 Baltimore, MD 21201
                                 Account Name: DLA Piper LLP (US) Operating Account
                                 Account #: 074-8148-5
                                 ABA Transit #: 022000046
                                 Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490

Matter # 367451-000007
Invoice # 2668164

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 12/27/11 | | Look, Donna L. | 1.20 | 277.20 |
| 12/28/11 | | Conwell, Lewis J. | 4.40 | 2,776.40 |
| 12/28/11 | | Geller, Sally | 2.00 | 486.00 |
| 12/29/11 | | Conwell, Lewis J. | 2.90 | 1,829.90 |
| 12/30/11 | | Conwell, Lewis J. | 0.10 | 63.10 |
| | **Total Fees** | | **139.70** | **$62,880.30** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 74.90 | 631.00 | 47,261.90 |
| Jones, Cassidy Erin | Associate | 8.40 | 311.00 | 2,612.40 |
| Geller, Sally | Nurse Advisor | 22.80 | 243.00 | 5,540.40 |
| Look, Donna L. | Paralegal | 25.50 | 231.00 | 5,890.50 |
| Helser, Tracy Thomas | Research Staff | 0.40 | 261.00 | 104.40 |
| Kincaid, Tammy | Project Assist. | 7.70 | 191.00 | 1,470.70 |
| **Totals** | | **139.70** | | **62,880.30** |

Matter # 367451-000007
Invoice # 2668164

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 10/21/11 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Michael J. Ferrin 823 North Olive Avenue WEST PALM BEACH FL | 9.09 |
| 12/06/11 | Delivery Services - VENDOR: SPEEEDY COURIER SERVICE, INC. TO ORANGE COUNTY COURTHOUSE 425 SOUTH ORANGE AVENUE 9/20/2011 | 179.34 |
| 12/13/11 | Luncheon Meeting - VENDOR: MOXIES -Lunch for client and Mr. Conwell during deposition on 12/13/11 | 30.12 |

**Total Disbursements** **$218.55**

**Total Current Charges** **$ 63,098.85**



DLA Piper LLP (US)
500 8th Street, NW
Washington, DC 20004
T 202-799-4000
F 202-799-5000
W www.dlapiper.com

## PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

February 29, 2012

F. Lavallee
Matter # 367451-000007
Invoice # 2679836
**REVISED**

*For Professional Services Through **January 31, 2012***:

Client: ***American K-9 Detection Services LLC***
Matter: ***Cicero Personal Injury Litigation, Florida***

| | | |
|---|---|---|
| Current Fees | $ | 31,895.30 |
| Current Disbursements | $ | 3,633.61 |
| Total This Invoice | $ | 35,528.91 |

Please send remittance to:
DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:
M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT
Law Firm Tax Identification Number: 52-0616490

*To ensure proper credit, please indicate the invoice number you are paying on the wire*



## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Conwell, Lewis J. | Partner | 13.90 | 657.00 | 9,132.30 |
| Higgins, Christopher R. | Discovery Spec. | 3.00 | 231.00 | 693.00 |
| Geller, Sally | Nurse Advisor | 53.60 | 257.00 | 13,775.20 |
| Look, Donna L. | Paralegal | 26.70 | 244.00 | 6,514.80 |
| Kincaid, Tammy | Project Assist. | 8.90 | 200.00 | 1,780.00 |
| **Totals** | | **106.10** | | **31,895.30** |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 12/29/11 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Sheila Hall TO: Clerk's Office Fifth District Court of App 300 S. Beach Street DAYTONA BEACH FL | 10.94 |
| 12/29/11 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: DLA PIPER US LLP TO: Clerk's Office Fifth District Court of App DAYTONA BEACH FL | 2.71 |
| 01/10/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Howard S. Grossman Grossman Attorneys at Law 1098 NW Boca Raton Boulevard BOCA RATON FL | 9.67 |
| 01/12/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Sheila Hall TO: Clerk of the Court Fifth District Court of App 300 South Beach Street DAYTONA BEACH FL | 11.61 |
| 01/20/12 | Transcripts - VENDOR: ESQUIRE DEPOSITION SOLUTIONS, LLC - DEPOSITION AND VIDEO TRANSCRIPTS OF RICHARD CICERO TAKEN ON 12/13/11 | 3,564.59 |
| 01/24/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna Look TO: Janice Kaun Career Consultants of Ameri 11019 North Dale Mabry Highway TAMPA FL | 24.37 |
| 01/27/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Howard S. Grossman Grossman Attorneys at Law 1098 NW Boca Raton Boulevard BOCA RATON FL | 9.72 |

**Total Disbursements**     **$3,633.61**



**DLA PIPER**

F. Lavallee
Matter # 367451-000007      Page: 7
Invoice # 2679836      February 29, 2012

**Total Current Charges**      $     35,528.91

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

---

Please send remittance to:      DLA Piper LLP (US)
     P.O. Box 75190
     Baltimore, MD 21275

Or wire remittance to:      M&T Bank      *To ensure proper credit, please indicate the*
     25 South Charles Street, 18th Floor      *invoice number you are paying on the wire*
     Baltimore, MD 21201
     Account Name:
     DLA Piper LLP (US) Operating Account
     Account #: 074-8148-5
     ABA Transit #: 022000046
     Swift Code: MANTUS33INT

Law Firm Tax Identification Number:      52-0616490



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
T 202-799-4000
F 202-799-5000
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

March 14, 2012

F. Lavallee
Matter # 367451-000007
Invoice # 2689507

*For Professional Services Through **February 29, 2012**:*

*Client:*  **American K-9 Detection Services LLC**
*Matter:*  **Cicero Personal Injury Litigation, Florida**

| | | |
|---|---|---|
| Current Fees | $ | 57,376.40 |
| Current Disbursements | $ | 8,380.79 |
| Total This Invoice | $ | 65,757.19 |

Please send remittance to:
DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:
M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490



Matter # 367451-000007
Invoice # 2689507

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|-----------|-------|--------|
| 02/29/12 | ██████████████ | Look, Donna L. | 1.70 | 414.80 |
| | **Total Fees** | | **115.30** | **$57,376.40** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 69.20 | 657.00 | 45,464.40 |
| Reagan, Amy | Associate | 10.20 | 324.00 | 3,304.80 |
| Geller, Sally | Nurse Advisor | 14.00 | 257.00 | 3,598.00 |
| Look, Donna L. | Paralegal | 14.30 | 244.00 | 3,489.20 |
| Kincaid, Tammy | Project Assist. | 7.60 | 200.00 | 1,520.00 |
| **Totals** | | **115.30** | | **57,376.40** |

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 02/15/12 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 02/13/12 - DEPOSITION PREPARATION MEETINGS WITH MULTIPLE WITNESSES IN LAKE MARY, FL ON 2/13/12 | 112.67 |
| 02/16/12 | Transcripts - VENDOR: ESQUIRE DEPOSITION SOLUTIONS, LLC - DEPOSITION AND VIDEO TRANSCRIPTS OF BREILA CICERO AND SCARLET ROSE CICERO TAKEN ON 12/27/11 | 3,843.15 |
| 02/28/12 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 02/27/12 - TO ATTEND DEPOSITION OF CARLA BERMUDEZ-RIVERA IN SANFORD, FL | 119.88 |
| 02/29/12 | Videotape Depositions - VENDOR: ESQUIRE DEPOSITION SOLUTIONS, LLC VIDEO TRANSCRIPTS OF RICHARD CICERO TAKEN ON 12/14/11 | 4,305.09 |



**Total Disbursements**                                   **$8,380.79**

**Total Current Charges**          $     65,757.19

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:          DLA Piper LLP (US)
                                    P.O. Box 75190
                                    Baltimore, MD 21275

Or wire remittance to:              M&T Bank                        *To ensure proper credit, please indicate the*
                                    25 South Charles Street, 18th Floor    *invoice number you are paying on the wire*
                                    Baltimore, MD 21201
                                    Account Name:
                                    DLA Piper LLP (US) Operating Account
                                    Account #: 074-8148-5
                                    ABA Transit #: 022000046
                                    Swift Code: MANTUS33INT
Law Firm Tax Identification Number: 52-0616490



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

April 27, 2012

F. Lavallee
Matter # 367451-000007
Invoice # 2707535

*For Professional Services Through **March 31, 2012**:*

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation,**
**Florida**

| | | |
|---|---|---|
| Current Fees | $ | 16,478.60 |
| Current Disbursements | $ | 2,744.06 |
| Total This Invoice | $ | 19,222.66 |

Please send remittance to:   DLA Piper LLP (US)
                             P.O. Box 75190
                             Baltimore, MD 21275

Or wire remittance to:       M&T Bank                                    *To ensure proper credit, please indicate the*
                             25 South Charles Street, 18th Floor          *invoice number you are paying on the wire*
                             Baltimore, MD 21201
                             Account Name: DLA Piper LLP (US) Operating Account
                             Account #: 074-8148-5
                             ABA Transit #: 022000046
                             Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 18.80 | 657.00 | 12,351.60 |
| O'Neill, James R. | Discovery Spec. | 1.50 | 230.00 | 345.00 |
| Look, Donna L. | Paralegal | 15.50 | 244.00 | 3,782.00 |
| **Totals** | | **35.80** | | **16,478.60** |

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 03/05/12 | HOTEL - VENDOR: LEWIS J. CONWELL - 03/02/12 - TO ATTEND DEPOSITION OF WITNESS BILL REID IN RESTON  VA | 244.27 |
| 03/05/12 | CAR RENTAL - VENDOR: LEWIS J. CONWELL - 03/02/12 - TO ATTEND DEPOSITION OF WITNESS BILL REID IN RESTON, VA | 99.89 |
| 03/05/12 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 03/03/12 - TO ATTEND DEPOSITION OF WITNESS BILL REID IN RESTON, VA | 20.00 |
| 03/05/12 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 03/01/12 - TO ATTEND DEPOSITION OF WITNESS BILL REID IN RESTON, VA | 0.75 |
| 03/15/12 | AIR FARE - VENDOR: M&T BANK, N.A.-VISA PURCHASING CARD- LEWIS J. CONWELL TRAVEL TO/FROM DC RE: DEPOSITION 3/1/12 | 690.91 |
| 03/15/12 | Videotape Depositions - VENDOR: CAROL J. THOMAS, STENOTYPE DEPOSITION TRANSCRIPT OF BILL REID TAKEN 03/02/2012  VIDEO | 886.00 |
| 03/28/12 | Transcripts - VENDOR: KERR & ASSOCIATES, INC. DEPOSITION TRANSCRIPT OF CARLA BERMUDEZ-RIVERA TAKEN ON 2/27/12 RE: AMERICAN K-9/CICERO, 3/16/12 | 802.24 |

**Total Disbursements**  $2,744.06

**Total Current Charges**  $ 19,222.66



**DLA Piper** LLP (US)
500 8th Street, NW
Washington, DC 20004
T 202-799-4000
F 202-799-5000
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

May 23, 2012

F. Lavallee
Matter # 367451-000007
Invoice # 2717834

---

*For Professional Services Through April 30, 2012*:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation, Florida**

| | | |
|---|---|---|
| Current Fees | $ | 26,322.70 |
| Current Disbursements | $ | 19.08 |
| Total This Invoice | $ | 26,341.78 |

---

Please send remittance to:     DLA Piper LLP (US)
                               P.O. Box 75190
                               Baltimore, MD 21275

Or wire remittance to:         M&T Bank                          *To ensure proper credit, please indicate the*
                               25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                               Baltimore, MD 21201
                               Account Name: DLA Piper LLP (US) Operating Account
                               Account #: 074-8148-5
                               ABA Transit #: 022000046
                               Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



Matter # 367451-000007
Invoice # 2717834

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 04/27/12 | | Kincaid, Tammy | 0.80 | 160.00 |
| | **Total Fees** | | **64.80** | **$26,322.70** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 25.90 | 657.00 | 17,016.30 |
| Geller, Sally | Nurse Advisor | 0.60 | 257.00 | 154.20 |
| Look, Donna L. | Paralegal | 32.80 | 244.00 | 8,003.20 |
| Kropf, Valerie | Research Staff | 0.70 | 270.00 | 189.00 |
| Kincaid, Tammy | Project Assist. | 4.80 | 200.00 | 960.00 |
| | **Totals** | **64.80** | | **26,322.70** |

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/26/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: BUSINESS CENTER TO: Barbara Wells Raffa Consulting Economists 17 South Osceola Avenue ORLANDO FL | 9.54 |
| 04/26/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: BUSINESS CENTER TO: Janice Kaun Career Consultants of Ameri 11019 North Dale Mabry Highway TAMPA FL | 9.54 |
| | **Total Disbursements** | **$19.08** |

**Total Current Charges**    S    **26,341.78**



**DLA Piper LLP** (US)
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

June 26, 2012

F. Lavallee
Matter # 367451-000007
Invoice # 2729279

---

*For Professional Services Through **May 31, 2012***:

*Client:* ***American K-9 Detection Services LLC***
*Matter:* ***Cicero Personal Injury Litigation,***
***Florida***

| | | |
|---|---|---|
| Current Fees | $ | 17,739.10 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 17,739.10 |

---

Please send remittance to:
  DLA Piper LLP (US)
  P.O. Box 75190
  Baltimore, MD 21275

Or wire remittance to:
  M&T Bank
  25 South Charles Street, 18th Floor
  Baltimore, MD 21201
  Account Name: DLA Piper LLP (US) Operating Account
  Account #: 074-8148-5
  ABA Transit #: 022000046
  Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:   52-0616490



### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ginsburg, Allen J. | Partner | 0.30 | 671.00 | 201.30 |
| Conwell, Lewis J. | Partner | 18.40 | 657.00 | 12,088.80 |
| Deinlein, Nancy M. | Paralegal | 3.00 | 257.00 | 771.00 |
| Butson, Sylvia | Paralegal | 0.70 | 244.00 | 170.80 |
| Look, Donna L. | Paralegal | 8.80 | 244.00 | 2,147.20 |
| Kincaid, Tammy | Project Assist. | 11.80 | 200.00 | 2,360.00 |
| **Totals** | | **43.00** | | **17,739.10** |

**Total Current Charges**          $          **17,739.10**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

<u>PRIVILEGED AND CONFIDENTIAL</u>

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

July 10, 2012

F. Lavallee
Matter # 367451-000007
Invoice # 2735980

---

*For Professional Services Through **June 30, 2012***:

*Client:*  **American K-9 Detection Services LLC**
*Matter:*  **Cicero Personal Injury Litigation,**
**Florida**

| | | | |
|---|---|---|---|
| Current Fees | $ | 58,606.40 | |
| Current Disbursements | $ | 2,945.69 | |
| Total This Invoice | $ | 61,552.09 | |

---

Please send remittance to:        DLA Piper LLP (US)
                                  P.O. Box 75190
                                  Baltimore, MD 21275

Or wire remittance to:            M&T Bank                                      *To ensure proper credit, please indicate the*
                                  25 South Charles Street, 18th Floor           *invoice number you are paying on the wire*
                                  Baltimore, MD 21201
                                  Account Name: DLA Piper LLP (US) Operating Account
                                  Account #: 074-8148-5
                                  ABA Transit #: 022000046
                                  Swift Code: MANTUS33INT
Law Firm Tax Identification Number:  52-0616490



## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Conwell, Lewis J. | Partner | 78.40 | 657.00 | 51,508.80 |
| Baness, Stephanie | Discovery Spec. | 1.40 | 230.00 | 322.00 |
| Look, Donna L. | Paralegal | 24.90 | 244.00 | 6,075.60 |
| Kincaid, Tammy | Project Assist. | 3.50 | 200.00 | 700.00 |
| | **Totals** | **108.20** | | **58,606.40** |

### Disbursements:

| Date | Description | Amount |
|---|---|---|
| 06/13/12 | Transcripts - VENDOR: CAROL J. THOMAS, STENOTYPE VIDEOTAPED DEPOSITION OF BILL OF REID TAKEN ON 3/2/12 | 415.00 |
| 06/13/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Sheila Hall TO: Timothy Brischler Carol J. Thomas Reporting 3162 Musket Court FAIRFAX VA | 17.80 |
| 06/21/12 | AIR FARE - VENDOR: LEWIS J. CONWELL - 06/12/12 - TO ATTEND DEPO PREP MEETING WITH MARK MAHLER IN CHICAGO, IL ON 6/13/12 | 467.80 |
| 06/21/12 | AIR FARE - VENDOR: LEWIS J. CONWELL - 06/14/12 - TO ATTEND DEPO PREP MEETING WITH MARK MAHLER IN CHICAGO, IL ON 6/13/12 | 467.80 |
| 06/21/12 | CAR SERVICE/TAXI - VENDOR: LEWIS J. CONWELL - 06/12/12 - TO ATTEND DEPO PREP MEETING WITH MARK MAHLER IN CHICAGO, IL ON 6/13/12 | 32.85 |
| 06/21/12 | CAR SERVICE/TAXI - VENDOR: LEWIS J. CONWELL - 06/14/12 - TO ATTEND DEPO PREP MEETING WITH MARK MAHLER IN CHICAGO, IL ON 6/13/12 | 40.00 |
| 06/21/12 | MEALS - VENDOR: LEWIS J. CONWELL - 06/14/12 - TO ATTEND DEPO PREP MEETING WITH MARK MAHLER IN CHICAGO, IL ON 6/13/12 | 8.36 |
| 06/21/12 | MEALS - VENDOR: LEWIS J. CONWELL - 06/12/12 - TO ATTEND DEPO PREP MEETING WITH MARK MAHLER IN CHICAGO, IL ON 6/13/12 | 36.06 |
| 06/21/12 | MEALS - VENDOR: LEWIS J. CONWELL - 06/13/12 - TO ATTEND DEPO PREP MEETING WITH MARK MAHLER IN CHICAGO, IL ON 6/13/12 | 21.90 |



Matter # 367451-000007
Invoice # 2735980

| Date | Description | Amount |
|------|-------------|--------|
| 06/21/12 | HOTEL - VENDOR: LEWIS J. CONWELL - 06/12/12 - TO ATTEND DEPO PREP MEETING WITH MARK MAHLER IN CHICAGO, IL ON 6/13/12 | 243.26 |
| 06/21/12 | HOTEL - VENDOR: LEWIS J. CONWELL - 06/13/12 - TO ATTEND DEPO PREP MEETING WITH MARK MAHLER IN CHICAGO, IL ON 6/13/12 | 243.26 |
| 06/28/12 | AIR FARE - VENDOR: LEWIS J. CONWELL - 06/25/12 - ATTENDANCE AT DEPO PREP MEETING WITH NICK GUIDAS ON 6/26/12, DEPO OF MICHAEL CLEMENSON ON 6/27/12 AND DEPO OF NICK GUIDAS ON 6/28/12 IN TEXAS | 951.60 |

**Total Disbursements** <u>**$2,945.69**</u>

**Total Current Charges** $ <u>61,552.09</u>



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

August 9, 2012

F. Lavallee
Matter # 367451-000007
Invoice # 2748199

---

*For Professional Services Through **July 31, 2012***:

*Client:*   **American K-9 Detection Services LLC**
*Matter:*   **Cicero Personal Injury Litigation,**
         **Florida**

| | | |
|---|---|---|
| Current Fees | $ | 43,052.30 |
| Current Disbursements | $ | 1,084.76 |
| Total This Invoice | $ | 44,137.06 |

---

Please send remittance to:      DLA Piper LLP (US)
                                     P.O. Box 75190
                                     Baltimore, MD 21275

Or wire remittance to:       M&T Bank                                  *To ensure proper credit, please indicate the*
                                     25 South Charles Street, 18th Floor      *invoice number you are paying on the wire*
                                     Baltimore, MD 21201
                                     Account Name: DLA Piper LLP (US) Operating Account
                                     Account #: 074-8148-5
                                     ABA Transit #: 022000046
                                     Swift Code: MANTUS33INT
Law Firm Tax Identification Number:      52-0616490



Matter # 367451-000007
Invoice # 2748199

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 07/27/12 | | Conwell, Lewis J. | 0.70 | 459.90 |
| 07/27/12 | | Look, Donna L. | 3.60 | 878.40 |
| 07/30/12 | | Conwell, Lewis J. | 0.40 | 262.80 |
| 07/30/12 | | Look, Donna L. | 2.80 | 683.20 |
| 07/31/12 | | Conwell, Lewis J. | 3.40 | 2,233.80 |
| 07/31/12 | | Look, Donna L. | 2.50 | 610.00 |
| | **Total Fees** | | **96.80** | **$43,052.30** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 47.00 | 657.00 | 30,879.00 |
| Higgins, Christopher R. | Discovery Spec. | 1.30 | 231.00 | 300.30 |
| Look, Donna L. | Paralegal | 47.00 | 244.00 | 11,468.00 |
| Helser, Tracy Thomas | Research Staff | 1.50 | 270.00 | 405.00 |
| **Totals** | | **96.80** | | **43,052.30** |



**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 07/05/12 | CAR RENTAL - VENDOR: LEWIS J. CONWELL - 06/29/12 - ATTENDANCE AT MICHAEL CLEMENSON AND NICK GUIDAS DEPOS IN TEXAS | 224.85 |
| 07/05/12 | MEALS - VENDOR: LEWIS J. CONWELL - 06/25/12 - ATTENDANCE AT MICHAEL CLEMENSON AND NICK GUIDAS DEPOS IN TEXAS | 166.21 |
| 07/05/12 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 06/29/12 - ATTENDANCE AT MICHAEL CLEMENSON AND NICK GUIDAS DEPOS IN TEXAS | 30.12 |
| 07/05/12 | HOTEL - VENDOR: LEWIS J. CONWELL - 06/29/12 - ATTENDANCE AT MICHAEL CLEMENSON AND NICK GUIDAS DEPOS IN TEXAS | 445.41 |
| 07/06/12 | Meals - VENDOR: GOODWIN'S, INC. -CLIENT MEETING | 48.33 |
| 07/25/12 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 07/19/12 - TO ATTEND MEETING WITH WITNESS WILL MCELLEN IN LAKE MARY, FL ON 7/19/12 | 112.67 |
| 07/25/12 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 07/11/12 - TO ATTEND MEETINGS WITH WITNESSES JOHN JOHNSON, PETE OWEN AND GENERAL COUNSEL IN LAKE MARY, FL ON 7/11/12 | 57.17 |

**Total Disbursements**     **$1,084.76**

**Total Current Charges**     **$ 44,137.06**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

<u>PRIVILEGED AND CONFIDENTIAL</u>

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

September 10, 2012

F. Lavallee
Matter # 367451-000007
Invoice # 2760560

---

*For Professional Services Through **August 31, 2012***:

*Client:*     ***American K-9 Detection Services LLC***
*Matter:*    ***Cicero Personal Injury Litigation,***
         ***Florida***

| | | |
|---|---|---|
| Current Fees | $ | 49,074.60 |
| Current Disbursements | $ | 2,783.71 |
| Total This Invoice | $ | 51,858.31 |

---

Please send remittance to:      DLA Piper LLP (US)
                                    P.O. Box 75190
                                    Baltimore, MD 21275

Or wire remittance to:        M&T Bank                                           *To ensure proper credit, please indicate the*
                                    25 South Charles Street, 18th Floor               *invoice number you are paying on the wire*
                                    Baltimore, MD 21201
                                    Account Name: DLA Piper LLP (US) Operating Account
                                    Account #: 074-8148-5
                                    ABA Transit #: 022000046
                                    Swift Code: MANTUS33INT

Law Firm Tax Identification Number:      52-0616490



Matter # 367451-000007
Invoice # 2760560

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| | | | | |
| 08/27/12 | | Conwell, Lewis J. | 1.50 | 985.50 |
| 08/28/12 | | Conwell, Lewis J. | 0.20 | 131.40 |
| 08/29/12 | | Conwell, Lewis J. | 0.50 | 328.50 |
| 08/30/12 | | Conwell, Lewis J. | 0.10 | 65.70 |
| | **Total Fees** | | **102.70** | **$49,074.60** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 56.80 | 657.00 | 37,317.60 |
| Reagan, Amy | Associate | 7.00 | 324.00 | 2,268.00 |



Matter # 367451-000007
Invoice # 2760560

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Higgins, Christopher R. | Discovery Spec. | 0.20 | 231.00 | 46.20 |
| Look, Donna L. | Paralegal | 38.70 | 244.00 | 9,442.80 |
| **Totals** | | **102.70** | | **49,074.60** |

## Disbursements:

| Date | Description | Amount |
|---|---|---|
| 08/03/12 | Videotape Depositions - VENDOR: MOORE HOWARD COURT REPORTERS AMERICAN K-9/CICERO - VIDEOTAPED DEPOSITION OF NICK GUIDAS TAKEN ON 06/28/12 | 1,330.05 |
| 08/03/12 | Videotape Depositions - VENDOR: MOORE HOWARD COURT REPORTERS AMERICAN K-9/CICERO - VIDEOTAPED DEPOSITION OF MICHAEL CLEMENSON TAKEN ON 06/27/12 | 1,150.69 |
| 08/03/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Michael J. Ferrin 823 North Olive Avenue WEST PALM BEACH FL | 9.68 |
| 08/03/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Howard S. Grossman Grossman Attorneys at Law 1098 NW Boca Raton Boulevard BOCA RATON FL | 9.68 |
| 08/09/12 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 08/08/12 - TO ATTEND PRE-MEDIATION MEETING WITH CLIENT IN LAKE MARY, FL ON 8/8/12 | 114.89 |
| 08/20/12 | Meals - VENDOR: MOXIES LUNCH FOR MEDIATION ON 8/10/12 | 168.72 |

**Total Disbursements**     **$2,783.71**

**Total Current Charges**     **$**     **51,858.31**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

<u>PRIVILEGED AND CONFIDENTIAL</u>

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

October 17, 2012

F. Lavallee
Matter # 367451-000007
Invoice # 2774024

---

*For Professional Services Through **October 15, 2012***:

*Client:*     ***American K-9 Detection Services LLC***
*Matter:*   ***Cicero Personal Injury Litigation,***
              ***Florida***

| | | |
|---|---|---|
| Current Fees | $ | 9,948.80 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 9,948.80 |

---

Please send remittance to:          DLA Piper LLP (US)
                                     P.O. Box 75190
                                     Baltimore, MD 21275

Or wire remittance to:               M&T Bank                                        *To ensure proper credit, please indicate the*
                                     25 South Charles Street, 18th Floor             *invoice number you are paying on the wire*
                                     Baltimore, MD 21201
                                     Account Name: DLA Piper LLP (US) Operating Account
                                     Account #: 074-8148-5
                                     ABA Transit #: 022000046
                                     Swift Code: MANTUS33INT
Law Firm Tax Identification Number:  52-0616490



## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 14.40 | 657.00 | 9,460.80 |
| Look, Donna L. | Paralegal | 2.00 | 244.00 | 488.00 |
| **Totals** | | **16.40** | | **9,948.80** |

**Total Current Charges**          $          **9,948.80**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

November 6, 2012

F. Lavallee
Matter # 367451-000007
Invoice # 2783109

---

*For Professional Services Through **October 31, 2012***:

*Client:*     ***American K-9 Detection Services LLC***
*Matter:*    ***Cicero Personal Injury Litigation,***
            ***Florida***

| | | | |
|---|---|---|---|
| Current Fees | $ | 12,501.40 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 12,501.40 |

---

Please send remittance to:
     DLA Piper LLP (US)
     P.O. Box 75190
     Baltimore, MD 21275

Or wire remittance to:
     M&T Bank
     25 South Charles Street, 18th Floor
     Baltimore, MD 21201
     Account Name: DLA Piper LLP (US) Operating Account
     Account #: 074-8148-5
     ABA Transit #: 022000046
     Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
|  | ████████████████ |  |  |  |
| 10/25/12 | ████████████████ | Conwell, Lewis J. | 0.10 | 65.70 |
| 10/25/12 | ████████████ | Look, Donna L. | 0.20 | 48.80 |
| 10/29/12 | ████████████████ | Conwell, Lewis J. | 1.40 | 919.80 |
| 10/30/12 | ████████████████ | Conwell, Lewis J. | 2.80 | 1,839.60 |
| 10/31/12 | ████████████████ | Conwell, Lewis J. | 0.10 | 65.70 |
|  | **Total Fees** |  | **23.90** | **$12,501.40** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 16.20 | 657.00 | 10,643.40 |
| Higgins, Christopher R. | Discovery Spec. | 1.60 | 231.00 | 369.60 |



| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Look, Donna L. | Paralegal | 6.10 | 244.00 | 1,488.40 |
| **Totals** | | **23.90** | | **12,501.40** |

**Total Current Charges**          $          **12,501.40**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

December 6, 2012

F. Lavallee
Matter # 367451-000007
Invoice # 2796534

---

*For Professional Services Through **November 30, 2012***:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation,**
**Florida**

| | | |
|---|---|---:|
| Current Fees | $ | 19,168.40 |
| Current Disbursements | $ | 0.00 |
| Current Fees and Disbursements | $ | 19,168.40 |
| Less Applied Credits | $ | (10,130.50) |
| Total This Invoice | $ | 9,037.90 |
| Total Account Balance | $ | 9,037.90 |

---

| | | |
|---|---|---|
| Please send remittance to: | DLA Piper LLP (US)<br>P.O. Box 75190<br>Baltimore, MD 21275 | |
| Or wire remittance to: | M&T Bank<br>25 South Charles Street, 18th Floor<br>Baltimore, MD 21201<br>Account Name: DLA Piper LLP (US) Operating Account<br>Account #: 074-8148-5<br>ABA Transit #: 022000046<br>Swift Code: MANTUS33INT | *To ensure proper credit, please indicate the*<br>*invoice number you are paying on the wire* |
| Law Firm Tax Identification Number: | 52-0616490 | |


DLA PIPER

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| | ▮▮▮▮▮▮▮ | | | |
| 11/28/12 | ▮▮▮▮▮▮▮ | Look, Donna L. | 2.60 | 634.40 |
| 11/29/12 | ▮▮▮▮▮▮▮ | Conwell, Lewis J. | 0.30 | 197.10 |
| 11/29/12 | ▮▮▮▮▮▮▮ | Look, Donna L. | 3.20 | 780.80 |
| 11/30/12 | ▮▮▮▮▮▮▮ | Conwell, Lewis J. | 0.10 | 65.70 |
| 11/30/12 | ▮▮▮▮▮▮▮ | Granger, Gayle | 1.80 | 414.00 |
| 11/30/12 | ▮▮▮▮▮▮▮ | Look, Donna L. | 1.80 | 439.20 |
| | **Total Fees** | | **45.20** | **$19,168.40** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 17.60 | 657.00 | 11,563.20 |
| Reagan, Amy | Associate | 11.20 | 324.00 | 3,628.80 |
| Granger, Gayle | Discovery Spec. | 1.80 | 230.00 | 414.00 |
| Look, Donna L. | Paralegal | 14.60 | 244.00 | 3,562.40 |
| **Totals** | | **45.20** | | **19,168.40** |

**Total Current Charges**      **$      19,168.40**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
T 202-799-4000
F 202-799-5000
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

December 20, 2012

F. Lavallee
Matter # 367451-000007
Invoice # 2803331

*For Professional Services Through **December 18, 2012***:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation, Florida**

| | | |
|---|---|---|
| Current Fees | $ | 20,185.40 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 20,185.40 |

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number: 52-0616490



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 12/12/12 | | Look, Donna L. | 0.30 | 73.20 |
| 12/12/12 | | Kincaid, Tammy | 1.50 | 300.00 |
| 12/13/12 | | Conwell, Lewis J. | 7.50 | 4,927.50 |
| 12/13/12 | | Look, Donna L. | 0.60 | 146.40 |
| 12/14/12 | | Conwell, Lewis J. | 9.20 | 6,044.40 |
| | **Total Fees** | | **37.50** | **$20,185.40** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 27.10 | 657.00 | 17,804.70 |
| Mangusi, Eric | Discovery Spec. | 0.70 | 234.00 | 163.80 |
| Higgins, Christopher R. | Discovery Spec. | 2.90 | 231.00 | 669.90 |
| Granger, Gayle | Discovery Spec. | 3.30 | 230.00 | 759.00 |
| Look, Donna L. | Paralegal | 2.00 | 244.00 | 488.00 |



Matter # 367451-000007
Invoice # 2803331

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kincaid, Tammy | Project Assist. | 1.50 | 200.00 | 300.00 |
| **Totals** | | **37.50** | | **20,185.40** |

**Total Current Charges**          $      **20,185.40**



**DLA Piper LLP** (US)
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

January 14, 2013

F. Lavallee
Matter # 367451-000007
Invoice # 2810365

---

*For Professional Services Through **December 31, 2012***:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation, Florida**

| | | |
|---|---|---|
| Current Fees | $ | 1,721.30 |
| Current Disbursements | $ | 305.85 |
| Total This Invoice | $ | 2,027.15 |

---

Please send remittance to:  DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:  M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

Law Firm Tax Identification Number:  52-0616490

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*



Matter # 367451-000007
Invoice # 2810365

**Fees:**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 12/17/12 | ████████████████ | Conwell, Lewis J. | 1.30 | 854.10 |
| 12/17/12 | ████████████████ | Look, Donna L. | 1.30 | 317.20 |
| 12/19/12 | ████████████████ | Conwell, Lewis J. | 0.10 | 65.70 |
| 12/19/12 | ████████████████ | Look, Donna L. | 0.10 | 24.40 |
| 12/21/12 | ████████████████ | Conwell, Lewis J. | 0.70 | 459.90 |
| | **Total Fees** | | **3.50** | **$1,721.30** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 2.10 | 657.00 | 1,379.70 |
| Look, Donna L. | Paralegal | 1.40 | 244.00 | 341.60 |
| | **Totals** | **3.50** | | **1,721.30** |



Matter # 367451-000007
Invoice # 2810365

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 12/18/12 | HOTEL - VENDOR: LEWIS J. CONWELL - 12/13/12 - DEPO PREP AND ATTENDANCE AT CONTINUED DEPOSITION OF NICK GUIDAS ON 12/14/12 IN SAN ANTONIO, TX | 138.93 |
| 12/18/12 | CAR SERVICE/TAXI - VENDOR: LEWIS J. CONWELL - 12/13/12 - DEPO PREP AND ATTENDANCE AT CONTINUED DEPOSITION OF NICK GUIDAS ON 12/14/12 IN SAN ANTONIO, TX | 25.00 |
| 12/18/12 | MEALS - VENDOR: LEWIS J. CONWELL - 12/13/12 - DEPO PREP AND ATTENDANCE AT CONTINUED DEPOSITION OF NICK GUIDAS ON 12/14/12 IN SAN ANTONIO, TX | 13.12 |
| 12/18/12 | MEALS - VENDOR: LEWIS J. CONWELL - 12/13/12 - DEPO PREP AND ATTENDANCE AT CONTINUED DEPOSITION OF NICK GUIDAS ON 12/14/12 IN SAN ANTONIO, TX | 17.50 |
| 12/18/12 | MEALS - VENDOR: LEWIS J. CONWELL - 12/13/12 - DEPO PREP AND ATTENDANCE AT CONTINUED DEPOSITION OF NICK GUIDAS ON 12/14/12 IN SAN ANTONIO, TX | 3.95 |
| 12/18/12 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 12/14/12 - DEPO PREP AND ATTENDANCE AT CONTINUED DEPOSITION OF NICK GUIDAS ON 12/14/12 IN SAN ANTONIO, TX | 8.34 |
| 12/18/12 | CAR RENTAL - VENDOR: LEWIS J. CONWELL - 12/14/12 - DEPO PREP AND ATTENDANCE AT CONTINUED DEPOSITION OF NICK GUIDAS ON 12/14/12 IN SAN ANTONIO, TX | 86.64 |
| 12/18/12 | MEALS - VENDOR: LEWIS J. CONWELL - 12/14/12 - DEPO PREP AND ATTENDANCE AT CONTINUED DEPOSITION OF NICK GUIDAS ON 12/14/12 IN SAN ANTONIO, TX | 12.37 |

**Total Disbursements**     **$305.85**

**Total Current Charges**    $    **2,027.15**