

**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

February 20, 2013

F. Lavallee
Matter # 367451-000007
Invoice # 2819944

---

*For Professional Services Through **January 31, 2013***:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation, Florida**

| | | |
|---|---|---|
| Current Fees | $ | 33,521.40 |
| Current Disbursements | $ | 2,534.27 |
| Total This Invoice | $ | 36,055.67 |

Please send remittance to:   DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:   M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Law Firm Tax Identification Number:   52-0616490

# EXHIBIT C-2



| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/30/13 | ██████████████████ | Look, Donna L. | 0.50 | 126.00 |
| 01/31/13 | ██████████████████ | Conwell, Lewis J. | 0.10 | 66.60 |
| | **Total Fees** | | **59.00** | **$33,521.40** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Conwell, Lewis J. | Partner | 45.60 | 666.00 | 30,369.60 |
| Look, Donna L. | Paralegal | 8.30 | 252.00 | 2,091.60 |
| Sours, Deborah E. | Research Staff | 0.30 | 270.00 | 81.00 |
| Kincaid, Tammy | Project Assist. | 4.80 | 204.00 | 979.20 |
| | **Totals** | **59.00** | | **33,521.40** |

## Disbursements:

| Date | Description | Amount |
|---|---|---|
| 01/09/13 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Sheila Hall TO: Honorable A. Thomas Orange County Courthouse 425 North Orange Avenue ORLANDO FL | 8.79 |
| 01/09/13 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Sheila Hall TO: Howard S. Grossman Grossman Attorneys at Law 1098 NW Boca Raton Boulevard BOCA RATON FL | 7.05 |
| 01/09/13 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Sheila Hall TO: Michael J. Ferrin 823 North Olive Avenue WEST PALM BEACH FL | 7.05 |



| Date | Description | Amount |
|------|-------------|--------|
| 01/14/13 | AIR FARE - VENDOR: M&T BANK, N.A.-VISA PURCHASING CARD- LEWIS J. CONWELL TRAVEL TO SAN ANTONIO, TX FOR DEPOSITIONS 12/13/12 | 962.20 |
| 01/17/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 01/15/13 - TO ATTEND MOTION FOR LEAVE TO AMEND COMPLAINT HEARING ON 1/15/13 | 97.18 |
| 01/17/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 01/15/13 - TO ATTEND MOTION FOR LEAVE TO AMEND COMPLAINT HEARING ON 1/15/13 | 12.00 |
| 01/31/13 | Videotape Depositions - VENDOR: MOORE HOWARD COURT REPORTERS 1 CERTIFIED COPY OF TRANSCRIPT OF: NICK GUIDAS - TRANSCRIPT VOL 2 - MPEG VIDEO | 1,440.00 |

**Total Disbursements**      **$2,534.27**

**Total Current Charges**      **$     36,055.67**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

March 12, 2013

F. Lavallee
Matter # 367451-000007
Invoice # 2827856

*For Professional Services Through **February 28, 2013***:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation,**
**Florida**

| | | |
|---|---|---|
| Current Fees | $ | 16,375.50 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 16,375.50 |

Please send remittance to:     DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:     M&T Bank     *To ensure proper credit, please indicate the*
25 South Charles Street, 18th Floor     *invoice number you are paying on the wire*
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

Law Firm Tax Identification Number:     52-0616490



### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Conwell, Lewis J. | Partner | 20.00 | 666.00 | 13,320.00 |
| Reagan, Amy | Associate | 0.30 | 357.00 | 107.10 |
| Look, Donna L. | Paralegal | 11.70 | 252.00 | 2,948.40 |
| **Totals** | | **32.00** | | **16,375.50** |

**Total Current Charges**     $     **16,375.50**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC  20004
**T**  202-799-4000
**F**  202-799-5000
**W**  www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL  32746

April 15, 2013

F. Lavallee
Matter # 367451-000007
Invoice # 2842329

*For Professional Services Through **March 31, 2013**:*

*Client:*   **American K-9 Detection Services LLC**
*Matter:*   **Cicero Personal Injury Litigation,**
         **Florida**

| | | |
|---|---|---|
| Current Fees | $ | 76,830.00 |
| Current Disbursements | $ | 1,544.03 |
| Total This Invoice | $ | 78,374.03 |

Please send remittance to:          DLA Piper LLP (US)
                        P.O. Box 75190
                        Baltimore, MD  21275

Or wire remittance to:            M&T Bank                              *To ensure proper credit, please indicate the*
                        25 South Charles Street, 18th Floor            *invoice number you are paying on the wire*
                        Baltimore, MD 21201
                        Account Name: DLA Piper LLP (US) Operating Account
                        Account #: 074-8148-5
                        ABA Transit #: 022000046
                        Swift Code:  MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 03/28/13 | | Look, Donna L. | 1.10 | 277.20 |
| 03/29/13 | | Conwell, Lewis J. | 0.50 | 333.00 |
| 03/29/13 | | Higgins, Christopher R. | 1.20 | 286.80 |
| 03/29/13 | | Look, Donna L. | 3.20 | 806.40 |
| | **Total Fees** | | **139.60** | **$76,830.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 100.20 | 666.00 | 66,733.20 |
| Reagan, Amy | Associate | 3.00 | 357.00 | 1,071.00 |
| Higgins, Christopher R. | Discovery Spec. | 4.90 | 239.00 | 1,171.10 |



Matter # 367451-000007
Invoice # 2842329

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Laughran, Kelly | Discovery Spec. | 0.50 | 239.00 | 119.50 |
| Look, Donna L. | Paralegal | 29.40 | 252.00 | 7,408.80 |
| Kincaid, Tammy | Project Assist. | 1.60 | 204.00 | 326.40 |
| **Totals** | | **139.60** | | **76,830.00** |

## Disbursements:

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/13 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Honorable A. Thomas Mihok Orange County Courthouse ORLANDO FL | 7.02 |
| 03/11/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 03/08/13 - TO ATTEND STRATEGY MEETING WITH GENERAL COUNSEL AT AMERICAN K-9 OFFICE ON 3/8/13 | 115.83 |
| 03/29/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 03/27/13 - TO ATTEND DEPO PREP MEETING WITH MARK MAHLER IN LAKE MARY, FL ON 3/27/13 - TO ATTEND DEPO PREP MEETING WITH MARK MAHLER IN LAKE MARY, FL ON 3/27/13 | 114.70 |
| 03/31/13 | MEALS - VENDOR: LEWIS J. CONWELL - 03/18/13 - TO ATTEND DEPOSITIONS OF MESSRS. HAMER, STINSON AND DURAND IN CANADA ON 3/19/12 THROUGH 3/21/2012 | 49.60 |
| 03/31/13 | CAR RENTAL - VENDOR: LEWIS J. CONWELL - 03/18/13 - TO ATTEND DEPOSITIONS OF MESSRS. HAMER, STINSON AND DURAND IN CANADA ON 3/19/12 THROUGH 3/21/2012 - INCLUDES PREPAID FUEL | 193.86 |
| 03/31/13 | HOTEL - VENDOR: LEWIS J. CONWELL - 03/18/13 - TO ATTEND DEPOSITIONS OF MESSRS. HAMER, STINSON AND DURAND IN CANADA ON 3/19/12 THROUGH 3/21/2012 | 166.50 |
| 03/31/13 | MEALS - VENDOR: LEWIS J. CONWELL - 03/19/13 - TO ATTEND DEPOSITIONS OF MESSRS. HAMER, STINSON AND DURAND IN CANADA ON 3/19/12 THROUGH 3/21/2012 | 38.06 |
| 03/31/13 | MEALS - VENDOR: LEWIS J. CONWELL - 03/19/13 - TO ATTEND DEPOSITIONS OF MESSRS. HAMER, STINSON AND DURAND IN CANADA ON 3/19/12 THROUGH 3/21/2012 | 48.76 |



| Date | Description | Amount |
|------|-------------|--------|
| 03/31/13 | CAR RENTAL - VENDOR: LEWIS J. CONWELL - 03/19/13 - TO ATTEND DEPOSITIONS OF MESSRS. HAMER, STINSON AND DURAND IN CANADA ON 3/19/12 THROUGH 3/21/2012 - INCLUDES PREPAID FUEL | 193.86 |
| 03/31/13 | HOTEL - VENDOR: LEWIS J. CONWELL - 03/19/13 - TO ATTEND DEPOSITIONS OF MESSRS. HAMER, STINSON AND DURAND IN CANADA ON 3/19/12 THROUGH 3/21/2012 | 166.49 |
| 03/31/13 | MEALS - VENDOR: LEWIS J. CONWELL - 03/20/13 - TO ATTEND DEPOSITIONS OF MESSRS. HAMER, STINSON AND DURAND IN CANADA ON 3/19/12 THROUGH 3/21/2012 | 15.98 |
| 03/31/13 | HOTEL - VENDOR: LEWIS J. CONWELL - 03/20/13 - TO ATTEND DEPOSITIONS OF MESSRS. HAMER, STINSON AND DURAND IN CANADA ON 3/19/12 THROUGH 3/21/2012 | 240.04 |
| 03/31/13 | MEALS - VENDOR: LEWIS J. CONWELL - 03/20/13 - TO ATTEND DEPOSITIONS OF MESSRS. HAMER, STINSON AND DURAND IN CANADA ON 3/19/12 THROUGH 3/21/2012 | 51.07 |
| 03/31/13 | MEALS - VENDOR: LEWIS J. CONWELL - 03/21/13 - TO ATTEND DEPOSITIONS OF MESSRS. HAMER, STINSON AND DURAND IN CANADA ON 3/19/12 THROUGH 3/21/2012 | 2.91 |
| 03/31/13 | CAR SERVICE/TAXI - VENDOR: LEWIS J. CONWELL - 03/21/13 - TO ATTEND DEPOSITIONS OF MESSRS. HAMER, STINSON AND DURAND IN CANADA ON 3/19/12 THROUGH 3/21/2012 | 46.81 |
| 03/31/13 | MEALS - VENDOR: LEWIS J. CONWELL - 03/21/13 - TO ATTEND DEPOSITIONS OF MESSRS. HAMER, STINSON AND DURAND IN CANADA ON 3/19/12 THROUGH 3/21/2012 | 17.69 |
| | Duplicating | 74.85 |

**Total Disbursements**                                          **$1,544.03**


**Total Current Charges**          $          78,374.03



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

May 24, 2013

F. Lavallee
Matter # 367451-000007
Invoice # 2860051

*For Professional Services Through **April 30, 2013***:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation,**
**Florida**

| | | |
|---|---|---|
| Current Fees | $ | 33,723.60 |
| Current Disbursements | $ | 3,704.86 |
| Total This Invoice | $ | 37,428.46 |

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number: 52-0616490



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 04/29/13 | ███████████████ | Conwell, Lewis J. | 0.70 | 466.20 |
| 04/29/13 | ███████████████ | Look, Donna L. | 0.30 | 75.60 |
| 04/30/13 | ███████████████ | Conwell, Lewis J. | 0.80 | 532.80 |



| | | **Total Fees** | **78.90** | **$33,723.60** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Brown, Hal M. | Partner | 0.30 | 860.00 | 258.00 |
| Conwell, Lewis J. | Partner | 32.30 | 666.00 | 21,511.80 |
| Reagan, Amy | Associate | 3.90 | 357.00 | 1,392.30 |
| Higgins, Christopher R. | Discovery Spec. | 6.90 | 239.00 | 1,649.10 |
| Look, Donna L. | Paralegal | 34.80 | 252.00 | 8,769.60 |
| Kincaid, Tammy | Project Assist. | 0.70 | 204.00 | 142.80 |
| **Totals** | | **78.90** | | **33,723.60** |



Matter # 367451-000007
Invoice # 2860051

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/01/13 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Howard S. Grossman Grossman Attorneys at Law 1098 NW Boca Raton Boulevard BOCA RATON FL | 6.94 |
| 04/01/13 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Michael J. Ferrin 823 North Olive Avenue WEST PALM BEACH FL | 6.94 |
| 04/01/13 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Brian D. Stokes ALvarez, Sambol & Winthrop, 100 South Orange Avenue ORLANDO FL | 6.94 |
| 04/01/13 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Donna L. Look TO: Monica Washington Ro American K-9 Detection Serv 735 Primera Blvd. LAKE MARY FL | 6.94 |
| 04/01/13 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: DLA PIPER US LLP TO: Howard S. Grossman Grossman Attorneys at Law BOCA RATON FL | 0.89 |
| 04/01/13 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: DLA PIPER US LLP TO: Michael J. Ferrin WEST PALM BEACH FL | 0.89 |
| 04/01/13 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: DLA PIPER US LLP TO: Brian D. Stokes ALvarez, Sambol & Winthrop, ORLANDO FL | 0.89 |
| 04/04/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 04/03/13 - PARTIAL TRAVEL TO CANCELLED MEETING WITH MARK MAHLER ON 4/3/13 | 14.69 |
| 04/15/13 | AIR FARE - VENDOR: M&T BANK, N.A.-VISA PURCHASING CARD- LEWIS J. CONWELL TRAVEL TO OTTAWA FOR DEPOSITION 03/18/13 | 2,979.24 |
| 04/15/13 | AIR FARE - VENDOR: M&T BANK, N.A.-VISA PURCHASING CARD- LEWIS J. CONWELL TRAVEL TO TORONTO FOR DEPOSITION 03/21/13 | 565.80 |
| 04/19/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 04/17/13 - TO ATTEND DEPO PREP MEETING WITH MARK MAHLER IN LAKE MARY, FL | 114.70 |

**Total Disbursements**      **$3,704.86**

**Total Current Charges**    **S**     **37,428.46**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

June 14, 2013

F. Lavallee
Matter # 367451-000007
Invoice # 2866187

*For Professional Services Through **May 31, 2013***:

*Client:*   **American K-9 Detection Services LLC**
*Matter:*   **Cicero Personal Injury Litigation,
            Florida**

| | | |
|---|---|---|
| Current Fees | $ | 23,084.50 |
| Current Disbursements | $ | 7,846.45 |
| Total This Invoice | $ | 30,930.95 |

Please send remittance to:          DLA Piper LLP (US)
                                    P.O. Box 75190
                                    Baltimore, MD 21275

Or wire remittance to:              M&T Bank                                   *To ensure proper credit, please indicate the*
                                    25 South Charles Street, 18th Floor        *invoice number you are paying on the wire*
                                    Baltimore, MD 21201
                                    Account Name: DLA Piper LLP (US) Operating Account
                                    Account #: 074-8148-5
                                    ABA Transit #: 022000046
                                    Swift Code: MANTUS33INT
Law Firm Tax Identification Number: 52-0616490



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| | ▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| 05/22/13 | ▮▮▮▮▮▮▮▮▮▮ | Look, Donna L. | 0.30 | 75.60 |
| 05/28/13 | ▮▮▮▮▮▮▮▮▮▮▮▮ | Conwell, Lewis J. | 0.20 | 133.20 |
| 05/28/13 | ▮▮▮▮▮▮▮▮ | Look, Donna L. | 0.10 | 25.20 |
| 05/30/13 | ▮▮▮▮▮▮▮▮ | Conwell, Lewis J. | 0.30 | 199.80 |
| 05/30/13 | ▮▮▮▮▮▮ | Look, Donna L. | 0.10 | 25.20 |
| 05/31/13 | ▮▮▮▮▮▮ | Conwell, Lewis J. | 0.20 | 133.20 |
| 05/31/13 | ▮▮▮▮▮▮▮▮ | Look, Donna L. | 0.30 | 75.60 |
| | **Total Fees** | | **40.50** | **$23,084.50** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 31.20 | 666.00 | 20,779.20 |
| Higgins, Christopher R. | Discovery Spec. | 1.10 | 239.00 | 262.90 |
| Look, Donna L. | Paralegal | 7.70 | 252.00 | 1,940.40 |
| Kincaid, Tammy | Project Assist. | 0.50 | 204.00 | 102.00 |
| **Totals** | | **40.50** | | **23,084.50** |



**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/14/13 | Transcripts - VENDOR: ESQUIRE DEPOSITION SOLUTIONS, LLC VIDEOTAPED DEPOSITION AND TRANSCRIPT FOR W.O. MARTIN DURAND TAKEN ON 3/21/13 | 1,717.71 |
| 05/15/13 | AIR FARE - VENDOR: M&T BANK, N.A.-VISA PURCHASING CARD- LEWIS J. CONWELL TRAVEL TO OTTAWA FOR DEPOSITION 05/08/13 | 1,687.50 |
| 05/15/13 | MEALS - VENDOR: LEWIS J. CONWELL - 05/09/13 - TO ATTEND DEPOS OF MESSRS. VEINOT AND TREMBLAY IN OTTAWA AND PEMBROKE, ONTARIO | 17.19 |
| 05/15/13 | CAR RENTAL - VENDOR: LEWIS J. CONWELL - 05/09/13 - TO ATTEND DEPOS OF MESSRS. VEINOT AND TREMBLAY IN OTTAWA AND PEMBROKE, ONTARIO | 364.62 |
| 05/15/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 05/08/13 - TO ATTEND DEPOS OF MESSRS. VEINOT AND TREMBLAY IN OTTAWA AND PEMBROKE, ONTARIO - AT DEPOSITION | 14.98 |
| 05/15/13 | MEALS - VENDOR: LEWIS J. CONWELL - 05/08/13 - TO ATTEND DEPOS OF MESSRS. VEINOT AND TREMBLAY IN OTTAWA AND PEMBROKE, ONTARIO | 24.26 |
| 05/15/13 | MEALS - VENDOR: LEWIS J. CONWELL - 05/08/13 - TO ATTEND DEPOS OF MESSRS. VEINOT AND TREMBLAY IN OTTAWA AND PEMBROKE, ONTARIO | 16.99 |
| 05/15/13 | HOTEL - VENDOR: LEWIS J. CONWELL - 05/08/13 - TO ATTEND DEPOS OF MESSRS. VEINOT AND TREMBLAY IN OTTAWA AND PEMBROKE, ONTARIO | 168.76 |
| 05/15/13 | MEALS - VENDOR: LEWIS J. CONWELL - 05/09/13 - TO ATTEND DEPOS OF MESSRS. VEINOT AND TREMBLAY IN OTTAWA AND PEMBROKE, ONTARIO | 4.82 |
| 05/15/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 05/10/13 - TO ATTEND DEPOS OF MESSRS. VEINOT AND TREMBLAY IN OTTAWA AND PEMBROKE, ONTARIO - AIRPORT | 40.00 |
| 05/30/13 | Videotape Depositions - VENDOR: ESQUIRE DEPOSITION SOLUTIONS, LLC SERVICES PROVIDED ON 3/19/13, TREVOR HAMER (PEMBROKE, ON) - ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | 1,989.86 |
| 05/30/13 | Videotape Depositions - VENDOR: ESQUIRE DEPOSITION SOLUTIONS, LLC SERVICES PROVIDED ON 3/20/2013, SEAN STINSON (PEMBROKE, ON) - ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | 1,799.76 |

**Total Disbursements**      **$7,846.45**



**Total Current Charges**          <u>$          30,930.95</u>

*INVOICE  IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:          DLA Piper LLP (US)
                                    P.O. Box 75190
                                    Baltimore, MD  21275

Or wire remittance to:              M&T Bank                                      *To ensure proper credit, please indicate the*
                                    25 South Charles Street, 18th Floor           *invoice number you are paying on the wire*
                                    Baltimore, MD 21201
                                    Account Name:
                                    DLA Piper LLP (US) Operating Account
                                    Account #: 074-8148-5
                                    ABA Transit #: 022000046
                                    Swift Code:  MANTUS33INT
Law Firm Tax Identification Number: 52-0616490



**DLA Piper** LLP (US)
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

July 16, 2013

F. Lavallee
Matter # 367451-000007
Invoice # 2878922

*For Professional Services Through **June 30, 2013***:

*Client:*   **American K-9 Detection Services LLC**
*Matter:*   **Cicero Personal Injury Litigation,**
         **Florida**

| | | |
|---|---|---|
| Current Fees | $ | 17,034.00 |
| Current Disbursements | $ | 6,520.53 |
| Total This Invoice | $ | 23,554.53 |

---

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:      52-0616490



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 06/28/13 | | Conwell, Lewis J. | 2.20 | 1,465.20 |
| 06/28/13 | | Look, Donna L. | 0.20 | 50.40 |
| | **Total Fees** | | **27.20** | **$17,034.00** |



### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 24.60 | 666.00 | 16,383.60 |
| Look, Donna L. | Paralegal | 2.50 | 252.00 | 630.00 |
| Kincaid, Tammy | Project Assist. | 0.10 | 204.00 | 20.40 |



| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Totals | | 27.20 | | 17,034.00 |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 06/14/13 | AIR FARE - VENDOR: M&T BANK, N.A.-VISA PURCHASING CARD- LEWIS J. CONWELL AIRFARE REFUND 05/08/13 | (1,687.50) |
| 06/14/13 | AIR FARE - VENDOR: M&T BANK, N.A.-VISA PURCHASING CARD- LEWIS J. CONWELL TRAVEL TO OTTAWA FOR DEPOSITION 05/08/13 | 1,687.50 |
| 06/19/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 06/18/13 - TO ATTEND DEPOSITION PREPARATION MEETING WITH MARK MAHLER IN ORLANDO, FL | 96.05 |
| 06/19/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 06/18/13 - TO ATTEND DEPOSITION PREPARATION MEETING WITH MARK MAHLER IN ORLANDO, FL | 10.00 |
| 06/27/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 06/25/13 - TO ATTEND DEPOSITION PREPARATION MEETING WITH MR. MAHLER AND MS. ROTHBAUM IN LAKE MARY, FL | 114.70 |
| 06/30/13 | Court Reporter - VENDOR: ESQUIRE DEPOSITION SOLUTIONS, LLC CICERO,RICHARD VS AMERICAN K-9 DETECTION | 2,929.65 |
| 06/30/13 | Court Reporter - VENDOR: ESQUIRE DEPOSITION SOLUTIONS, LLC CICERO,RICHARD VS AMERICAN K9 DETECTION - VIDEOTAPPED DEPOSITION AND TRANSCRIPT OF JEFF VEINOT TAKEN ON 5/9/13 | 3,370.13 |

**Total Disbursements** $6,520.53

**Total Current Charges** $ 23,554.53



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

August 27, 2013

F. Lavallee
Matter # 367451-000007
Invoice # 2894930

*For Professional Services Through **July 31, 2013***

| | |
|---|---|
| *Client:* | ***American K-9 Detection Services LLC*** |
| *Matter:* | ***Cicero Personal Injury Litigation, Florida*** |

| | | |
|---|---|---|
| Current Fees | $ | 35,155.50 |
| Current Disbursements | $ | 166.68 |
| Total This Invoice | $ | 35,322.18 |

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account # 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490



Matter # 367451-000007
Invoice # 2894930

## Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 48.70 | 666.00 | 32,434.20 |
| Higgins, Christopher R. | Discovery Spec. | 3.90 | 239.00 | 932.10 |
| Look, Donna L. | Paralegal | 7.10 | 252.00 | 1,789.20 |
| **Totals** | | **59.70** | | **35,155.50** |

## Disbursements:

| Date | Description | Amount |
|------|-------------|--------|
| 07/25/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 07/25/13 - PARTIAL TRAVEL TO CANCELLED DEPO PREP MEETING WITH MARK MAHLER AND MONICA WASHINGTON ROTHBAUM IN LAKE MARY, FL | 51.98 |
| 07/25/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 07/09/13 - TO ATTEND DEPOSITION PREPARATION MEETING WITH MR. MAHLER AND MS. ROTHBAUM IN LAKE MARY, FL | 114.70 |

**Total Disbursements** **$166.68**

**Total Current Charges** **$35,322.18**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

September 12, 2013

F. Lavallee
Matter # 367451-000007
Invoice # 2903040

---

*For Professional Services Through **August 31, 2013***:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation,
Florida**

| | | |
|---|---|---|
| Current Fees | $ | 38,640.90 |
| Current Disbursements | $ | 1,765.82 |
| Total This Invoice | $ | 40,406.72 |

---

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:      52-0616490



Matter # 367451-000007
Invoice # 2903040

September 12, 2013

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| | ███████████████████ | | | |
| 08/29/13 | ████████████████ | Look, Donna L. | 0.20 | 50.40 |
| 08/30/13 | ████████████████ | Conwell, Lewis J. | 0.70 | 466.20 |
| | **Total Fees** | | **64.70** | **$38,640.90** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 54.10 | 666.00 | 36,030.60 |
| Higgins, Christopher R. | Discovery Spec. | 2.10 | 239.00 | 501.90 |
| Look, Donna L. | Paralegal | 7.80 | 252.00 | 1,965.60 |
| Kincaid, Tammy | Project Assist. | 0.70 | 204.00 | 142.80 |
| **Totals** | | **64.70** | | **38,640.90** |

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 08/09/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 08/07/13 - TO ATTEND DEPOSITION OF MARK MAHLER IN ORLANDO, FL | 15.00 |
| 08/09/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 08/07/13 - TO ATTEND DEPOSITION OF MARK MAHLER IN ORLANDO, FL | 97.18 |


**DLA PIPER**

| Date | Description | Amount |
|------|-------------|--------|
| 08/13/13 | AIR FARE - VENDOR: M&T BANK, N.A.-VISA PURCHASING CARD- LEWIS J. CONWELL TRAVEL TO D.C. FOR DEPOSITION 07/31/13 | 247.80 |
| 08/19/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 08/14/13 - TO ATTEND DEPOSITION OF THYS KLYEN IN ORLANDO, FL ON 8/14/13 | 97.18 |
| 08/19/13 | MILEAGE REIMBURSEMENT/PARKING - VENDOR: LEWIS J. CONWELL - 08/14/13 - TO ATTEND DEPOSITION OF THYS KLYEN IN ORLANDO, FL ON 8/14/13 | 15.00 |
| 08/19/13 | MEALS - VENDOR: LEWIS J. CONWELL - 08/01/13 - TO ATTEND DEPOSITION OF SARA PAYNE IN WASHINGTON, DC ON 8/1/13 | 7.59 |
| 08/19/13 | CAR SERVICE/TAXI - VENDOR: LEWIS J. CONWELL - 07/31/13 - TO ATTEND DEPOSITION OF SARA PAYNE IN WASHINGTON, DC ON 8/1/13 | 18.00 |
| 08/19/13 | CAR SERVICE/TAXI - VENDOR: LEWIS J. CONWELL - 08/04/13 - TO ATTEND DEPOSITION OF SARA PAYNE IN WASHINGTON, DC ON 8/1/13 | 16.00 |
| 08/19/13 | HOTEL - VENDOR: LEWIS J. CONWELL - 07/31/13 - TO ATTEND DEPOSITION OF SARA PAYNE IN WASHINGTON, DC ON 8/1/13 | 319.46 |
| 08/19/13 | HOTEL - VENDOR: LEWIS J. CONWELL - 08/01/13 - TO ATTEND DEPOSITION OF SARA PAYNE IN WASHINGTON, DC ON 8/1/13 | 319.46 |
| 08/19/13 | MEALS - VENDOR: LEWIS J. CONWELL - 08/01/13 - TO ATTEND DEPOSITION OF SARA PAYNE IN WASHINGTON, DC ON 8/1/13 | 29.40 |
| 08/30/13 | Transcripts - VENDOR: CAPITAL REPORTING COMPANY RE: RICHARD CICERO AD BREILA CICERO VS. AMERICA N K-9 DETECTION SERVICES - DEPOSITION TRANSCRIPT OF SARA PAYNE TAKEN  ON 8/1/13 | 583.75 |

**Total Disbursements**      **$1,765.82**

**Total Current Charges**      **S      40,406.72**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

October 8, 2013

F. Lavallee
Matter # 367451-000007
Invoice # 2914364

*For Professional Services Through **September 30, 2013***:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation,**
**Florida**

| | | |
|---|---|---|
| Current Fees | $ | 19,225.40 |
| Current Disbursements | $ | 4,223.96 |
| Total This Invoice | $ | 23,449.36 |

Please send remittance to:
DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:
M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:
52-0616490



## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Conwell, Lewis J. | Partner | 27.10 | 666.00 | 18,048.60 |
| Hodes, Jacqueline G. | Partner | 0.50 | 603.00 | 301.50 |
| Thompson, E. Colin | Partner | 1.30 | 557.00 | 724.10 |
| Look, Donna L. | Paralegal | 0.60 | 252.00 | 151.20 |
| **Totals** | | **29.50** | | **19,225.40** |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 09/17/13 | Videotape Depositions - VENDOR: CAPITAL REPORTING COMPANY - DEPOSITION TRANSCRIPT FOR SARA PAYNE TAKEN ON 8/1/13 (VIDEOTAPE) - RE: RICHARD CICERO AND BRELLA CICERO VS. AMERICAN K-9 DETECTION SERVICES | 145.00 |
| 09/19/13 | Transcripts - VENDOR: ORANGE LEGAL, INC. CERTIFIED COPY OF TRANSCRIPT OF MARK MAHLER ON 08/07/2013 - INVOICE 113137 | 1,310.10 |
| 09/26/13 | Videotape Depositions - VENDOR: ESQUIRE DEPOSITION SOLUTIONS, LLC - VIDEOTAPED DEPOSITION AND TRANSCRIPT FOR MATTYS KLYEN TAKEN ON 8/14/13 - RE: CICERO, RICHARD VS. AMERICAN K-9 DETECTIO | 2,768.86 |

**Total Disbursements** $4,223.96

**Total Current Charges** $ 23,449.36



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

November 8, 2013

F. Lavallee
Matter # 367451-000007
Invoice # 2926411

*For Professional Services Through **October 31, 2013**:*

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation,**
**Florida**

| | | |
|---|---|---|
| Current Fees | $ | 2,464.20 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 2,464.20 |

---

Please send remittance to:     DLA Piper LLP (US)
                               P.O. Box 75190
                               Baltimore, MD 21275

Or wire remittance to:         M&T Bank                                      *To ensure proper credit, please indicate the*
                               25 South Charles Street, 18th Floor           *invoice number you are paying on the wire*
                               Baltimore, MD 21201
                               Account Name: DLA Piper LLP (US) Operating Account
                               Account #: 074-8148-5
                               ABA Transit #: 022000046
                               Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



Matter #  367451-000007
Invoice # 2926411

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 10/29/13 | | Conwell, Lewis J. | 0.30 | 199.80 |
| | **Total Fees** | | **3.70** | **$2,464.20** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 3.70 | 666.00 | 2,464.20 |
| **Totals** | | **3.70** | | **2,464.20** |

**Total Current Charges**     $     __2,464.20__



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

December 7, 2013

F. Lavallee
Matter # 367451-000007
Invoice # 2939726

---

*For Professional Services Through **November 30, 2013***:

*Client:* **American K-9 Detection Services LLC**
*Matter:* **Cicero Personal Injury Litigation,**
**Florida**

| | | |
|---|---|---|
| Current Fees | $ | 2,460.60 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 2,460.60 |

---

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the*
*invoice number you are paying on the wire*

Law Firm Tax Identification Number:     52-0616490



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 11/22/13 | | Conwell, Lewis J. | 0.90 | 599.40 |
| | **Total Fees** | | **5.00** | **$2,460.60** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 2.90 | 666.00 | 1,931.40 |
| Look, Donna L. | Paralegal | 2.10 | 252.00 | 529.20 |
| **Totals** | | **5.00** | | **2,460.60** |

**Total Current Charges**    $    2,460.60



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

January 16, 2014

F. Lavallee
Matter # 367451-000007
Invoice # 2951147

*For Professional Services Through **December 31, 2013***

*Client:*     **American K-9 Detection Services LLC**
*Matter:*    **Cicero Personal Injury Litigation,**
               **Florida**

| | | |
|---|---|---:|
| Current Fees | $ | 4,213.80 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 4,213.80 |

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account # 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:

52-0616490



Matter # 367451-000007
Invoice # 2951147

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 12/12/13 | | Conwell, Lewis J. | 0.10 | 66.60 |
| 12/13/13 | | Conwell, Lewis J. | 0.40 | 266.40 |
| 12/16/13 | | Conwell, Lewis J. | 0.30 | 199.80 |
| 12/20/13 | | Conwell, Lewis J. | 0.10 | 66.60 |
| | **Total Fees** | | **6.70** | **$4,213.80** |

### Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 6.10 | 666.00 | 4,062.60 |
| Look, Donna L. | Paralegal | 0.60 | 252.00 | 151.20 |
| **Totals** | | **6.70** | | **4,213.80** |

**Total Current Charges** **$4,213.80**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

February 18, 2014

F. Lavallee
Matter # 367451-000007
Invoice # 2961949

*For Professional Services Through **January 31, 2014***

*Client:*     ***American K-9 Detection Services LLC***
*Matter:*    ***Cicero Personal Injury Litigation,***
         ***Florida***

| | | |
|---|---|---:|
| Current Fees | $ | 87.00 |
| Current Disbursements | $ | 19.45 |
| Total This Invoice | $ | 106.45 |

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account # 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490



**Fees:**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 01/02/14 | | Look, Donna L. | 0.10 | 29.00 |
| 01/09/14 | | Look, Donna L. | 0.20 | 58.00 |
| | **Total Fees** | | **0.30** | **$87.00** |

## Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Look, Donna L. | Paralegal | 0.30 | 290.00 | 87.00 |
| **Totals** | | **0.30** | | **87.00** |

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 12/16/13 | Delivery Services - Vendor: UPS - Address Correction Next Day Air; FROM: BRIAN D. STOKES ALVAREZ SAMBOL & WINTHROP PA ORLANDO FL; TO: ALVAREZ SAMBOL & WINTHROP, PA 390 N ORANGE AVE STE600 ORLANDO FL; Package #: 1Z34AE020190500434; Date: 2013-12-11 | 12.00 |
| 12/16/13 | Delivery Services - Vendor: UPS - Next Day Air Commercial; FROM: Sheila Hall DLA Piper LLP (US) Tampa FL; TO: Brian D. Stokes Alvarez Sambol & Winthrop PA 100 South Orange Avenue Suite 200 ORLANDO FL; Package #: 1Z34AE020190500434; Date: 2013-12-09 | 7.45 |
| | **Total Disbursements** | **$19.45** |

| | |
|---|---|
| **Total Current Charges** | **$106.45** |



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

April 17, 2014

F. Lavallee
Matter # 367451-000007
Invoice # 2989722

*For Professional Services Through **March 31, 2014***

*Client:*     ***American K-9 Detection Services LLC***
*Matter:*    ***Cicero Personal Injury Litigation,***
             ***Florida***

| | | |
|---|---|---|
| Current Fees | $ | 4,309.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 4,309.00 |

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account # 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:     52-0616490



**Fees:**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 03/14/14 | | Conwell, Lewis J. | 0.60 | 417.00 |
| 03/18/14 | | Conwell, Lewis J. | 0.90 | 625.50 |
| 03/19/14 | | Conwell, Lewis J. | 2.50 | 1,737.50 |
| 03/20/14 | | Conwell, Lewis J. | 1.80 | 1,251.00 |
| 03/21/14 | | Conwell, Lewis J. | 0.10 | 69.50 |
| 03/31/14 | | Conwell, Lewis J. | 0.30 | 208.50 |
| | **Total Fees** | | **6.20** | **$4,309.00** |

## Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 6.20 | 695.00 | 4,309.00 |
| **Totals** | | **6.20** | | **4,309.00** |



**Total Current Charges**                    **$4,309.00**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

May 13, 2014

F. Lavallee
Matter # 367451-000007
Invoice # 2998057

---

*For Professional Services Through **April 30, 2014***

*Client:*    ***American K-9 Detection Services LLC***
*Matter:*    ***Cicero Personal Injury Litigation,***
***Florida***

| | | |
|---|---|---|
| Current Fees | $ | 278.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 278.00 |

---

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account # 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490



**Fees:**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 04/09/14 | | Conwell, Lewis J. | 0.20 | 139.00 |
| 04/11/14 | | Conwell, Lewis J. | 0.20 | 139.00 |
| | **Total Fees** | | **0.40** | **$278.00** |

## Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 0.40 | 695.00 | 278.00 |
| **Totals** | | **0.40** | | **278.00** |

**Total Current Charges**      **$278.00**



**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004
**T** 202-799-4000
**F** 202-799-5000
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

American K-9 Detection Services LLC
Mark Mahler
735 Primera Boulevard, Suite 215
Lake Mary, FL 32746

June 30, 2014

F. Lavallee
Matter # 367451-000007
Invoice # 3015991

*For Professional Services Through* **May 31, 2014**

*Client:*     **American K-9 Detection Services LLC**
*Matter:*     **Cicero Personal Injury Litigation, Florida**

| | | |
|---|---|---|
| Current Fees | $ | 417.00 |
| Current Disbursements | $ | 20.00 |
| Total This Invoice | $ | 437.00 |

Please send remittance to:

DLA Piper LLP (US)
P.O. Box 75190
Baltimore, MD 21275

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account # 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Law Firm Tax Identification Number:     52-0616490



**DLA PIPER**

**Fees:**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 05/05/14 | ▮▮▮▮▮▮▮▮▮▮▮ | Conwell, Lewis J. | 0.20 | 139.00 |
| 05/06/14 | ▮▮▮▮▮▮▮▮▮▮▮ | Conwell, Lewis J. | 0.40 | 278.00 |
| | | **Total Fees** | **0.60** | **$417.00** |

### Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Conwell, Lewis J. | Partner | 0.60 | 695.00 | 417.00 |
| **Totals** | | **0.60** | | **417.00** |

**Disbursements:**

| Description | Amount |
|-------------|--------|
| Color Photocopying | 20.00 |
| **Total Disbursements** | **$20.00** |

| | |
|---|---|
| **Total Current Charges** | **$437.00** |