# ALVAREZ, SAMBOL & WINTHROP, P.A.

P.O. Box 3511
Orlando, Florida 32802-3511
Tel: (407) 210-2796

EIN: 59-3633408

January 31, 2013

American K-9 Detection Service
735 Primera Boulevard
Suite 215
Lake Mary, FL 32746

| | |
|---|---|
| Invoice# | 99886 BDS |
| Our file# | 001544 014034 |

Attn:  Monica Washington Rothbaum, Es

*Cicero, Richard and Breila v. American K-9 Detection Services, Inc., and American K-9 Detection Services, LLC*
*DOL: 06/10/10*

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | | | Hours | Rate | |
|---|---|---|---|---|---|
| 01/15/13 | BDS | ████████████ | 2.00 | $250 | $500.00 |
| | | TOTAL PROFESSIONAL SERVICES: | | | $500.00 |

## BILLING SUMMARY

| | | | Hours | Rate |
|---|---|---|---|---|
| BDS | Stokes, Brian D | Senior Counsel | 2.00 | 250.00 |

| | | |
|---|---|---|
| Total Professional Services | 2.00 | $500.00 |
| Total Disbursements | | $0.00 |
| Less trust amount applied to this invoice | | $500.00  CR |
| **Total current charges for this invoice** | | **$0.00** |

** Trust account remaining balance is   $500.00

EXHIBIT D

# ALVAREZ, SAMBOL & WINTHROP, P.A.

P.O. Box 3511
Orlando, Florida 32802-3511
Tel: (407) 210-2796

EIN: 59-3633408

February 28, 2013

| American K-9 Detection Service | Invoice# | 100575 | BDS |
|---|---|---|---|
| 735 Primera Boulevard | Our file# | 001544 | 014034 |
| Suite 215 | | | |
| Lake Mary, FL 32746 | | | |

Attn:    Monica Washington Rothbaum, Es

Cicero, Richard and Breila v. American K-9 Detection Services, Inc., and American K-9 Detection Services, LLC
DOL: 06/10/10

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/13 | BDS | | 0.20 | $250 | $50.00 |
| 02/04/13 | BDS | | 1.00 | $250 | $250.00 |
| 02/05/13 | BDS | | 0.20 | $250 | $50.00 |
| 02/08/13 | BDS | | 0.50 | $250 | $125.00 |
| 02/08/13 | JSH | | 0.40 | $200 | $80.00 |
| 02/11/13 | BDS | | 0.20 | $250 | $50.00 |

TOTAL PROFESSIONAL SERVICES:                 $605.00

## BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| JSH | Hammer, Jeffrey S | Associate | 0.40 | 200.00 |
| BDS | Stokes, Brian D | Senior Counsel | 2.10 | 250.00 |

| | | |
|---|---|---|
| Total Professional Services | 2.50 | $605.00 |
| Total Disbursements | | $0.00 |
| Total current charges for this invoice | | $605.00 |

** Trust account remaining balance is    $500.00

# ALVAREZ, SAMBOL & WINTHROP, P.A.

P.O. Box 3511
Orlando, Florida 32802-3511
Tel: (407) 210-2796

EIN: 59-3633408

March 31, 2013

American K-9 Detection Service
735 Primera Boulevard
Suite 215
Lake Mary, FL 32746

| | | |
|---|---|---|
| Invoice# | 101916 | BDS |
| Our file# | 001544 | 014034 |

Attn:   Monica Washington Rothbaum, Es

Cicero, Richard and Breila v. American K-9 Detection Services, Inc., and American K-9
Detection Services, LLC
DOL: 06/10/10

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | | | Hours | Rate | |
|---|---|---|---|---|---|
| 03/04/13 | BDS | | 0.10 | $250 | $25.00 |
| 03/05/13 | BDS | | 1.50 | $250 | $375.00 |
| 03/08/13 | BDS | | 7.30 | $250 | $1,825.00 |
| 03/11/13 | BDS | | 0.10 | $250 | $25.00 |
| 03/11/13 | BDS | | 0.10 | $250 | $25.00 |
| 03/11/13 | BDS | | 0.20 | $250 | $50.00 |
| 03/11/13 | BDS | | 0.20 | $250 | $50.00 |
| 03/11/13 | BDS | | 0.50 | $250 | $125.00 |
| 03/11/13 | BDS | | 0.30 | $250 | $75.00 |

| Date | Staff | | Hours | Rate | Amount |
|------|-------|---|-------|------|--------|
| 03/11/13 | JSH | | 0.30 | $200 | $60.00 |
| 03/11/13 | JSH | | 0.20 | $200 | $40.00 |
| 03/11/13 | JSH | | 0.10 | $200 | $20.00 |
| 03/11/13 | JSH | | 0.20 | $200 | $40.00 |
| 03/12/13 | BDS | | 0.10 | $250 | $25.00 |
| 03/12/13 | BDS | | 0.10 | $250 | $25.00 |
| 03/12/13 | BDS | | 0.10 | $250 | $25.00 |
| 03/13/13 | BDS | | 0.60 | $250 | $150.00 |
| 03/14/13 | BDS | | 0.10 | $250 | $25.00 |
| 03/19/13 | BDS | | 0.10 | $250 | $25.00 |
| 03/24/13 | BDS | | 1.80 | $250 | $450.00 |
| 03/24/13 | BDS | | 1.00 | $250 | $250.00 |
| 03/26/13 | TAS | | 0.40 | $125 | $50.00 |
| 03/26/13 | TAS | | 0.50 | $125 | $62.50 |
| 03/26/13 | TAS | | 2.00 | $125 | $250.00 |

| Date | Init. | | Hours | Rate | Amount |
|------|-------|---|-------|------|--------|
| 03/26/13 | TAS | | 0.80 | $125 | $100.00 |
| 03/26/13 | TAS | | 0.20 | $125 | $25.00 |
| 03/26/13 | TAS | | 0.20 | $125 | $25.00 |
| 03/26/13 | TAS | | 0.50 | $125 | $62.50 |
| 03/26/13 | TAS | | 0.50 | $125 | $62.50 |
| 03/27/13 | BDS | | 7.50 | $250 | $1,875.00 |
| 03/28/13 | BDS | | 1.70 | $250 | $425.00 |

TOTAL PROFESSIONAL SERVICES: $6,647.50

DISBURSEMENTS:

| Date | | | Amount |
|------|---|---|--------|
| 03/13/13 | | Brian D. Stokes; Travel to and from Lake Mary for meeting with client. | $19.21 |
| 03/28/13 | | Brian D. Stokes; Travel to and from Lake Mary to attend deposition preparation meeting. | $22.60 |
| 03/31/13 | 1078 | Photocopies for this billing cycle | $107.80 |
| 03/31/13 | 52 | Copies of colorized documents/photographs | $46.80 |

TOTAL DISBURSEMENTS:                    $196.41

## BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| TAS | Smith, Tabitha A | Paralegal | 5.10 | 125.00 |
| JSH | Hammer, Jeffrey S | Associate | 0.80 | 200.00 |
| BDS | Stokes, Brian D | Senior Counsel | 23.40 | 250.00 |

| | | |
|---|---|---|
| Total Professional Services | 29.30 | $6,647.50 |
| Total Disbursements | | $196.41 |
| Total current charges for this invoice | | $6,843.91 |

** Trust account remaining balance is   $500.00

# ALVAREZ, SAMBOL & WINTHROP, P.A.

P.O. Box 3511
Orlando, Florida 32802-3511
Tel: (407) 210-2796

EIN: 59-3633408

April 30, 2013

| American K-9 Detection Service | Invoice# | 102800 | BDS |
| 735 Primera Boulevard | Our file# | 001544 | 014034 |
| Suite 215 | | | |
| Lake Mary, FL 32746 | | | |

Attn:  Monica Washington Rothbaum, Es

Cicero, Richard and Breila v. American K-9 Detection Services, Inc., and American K-9
Detection Services, LLC
DOL: 06/10/10

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | | | Hours | Rate | |
|---|---|---|---|---|---|
| 04/01/13 | BDS | | 0.10 | $250 | $25.00 |
| 04/02/13 | BDS | | 0.20 | $250 | $50.00 |
| 04/02/13 | BDS | | 0.20 | $250 | $50.00 |
| 04/02/13 | JSH | | 1.00 | $200 | $200.00 |
| 04/03/13 | BDS | | 0.70 | $250 | $175.00 |
| 04/05/13 | JSH | | 1.60 | $200 | $320.00 |
| 04/08/13 | BDS | | 0.10 | $250 | $25.00 |
| 04/08/13 | BDS | | 0.10 | $250 | $25.00 |

| Date | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/11/13 | BDS | | 0.10 | $250 | $25.00 |
| 04/11/13 | BDS | | 0.10 | $250 | $25.00 |
| 04/16/13 | BDS | | 2.00 | $250 | $500.00 |
| 04/17/13 | BDS | | 0.10 | $250 | $25.00 |
| 04/19/13 | BDS | | 0.10 | $250 | $25.00 |
| 04/22/13 | BDS | | 0.10 | $250 | $25.00 |
| 04/23/13 | BDS | | 0.10 | $250 | $25.00 |
| 04/23/13 | BDS | | 0.30 | $250 | $75.00 |
| 04/25/13 | JSH | | 2.40 | $200 | $480.00 |
| 04/25/13 | JSH | | 2.20 | $200 | $440.00 |
| 04/26/13 | BDS | | 0.10 | $250 | $25.00 |
| 04/26/13 | JSH | | 2.00 | $200 | $400.00 |

TOTAL PROFESSIONAL SERVICES:     $2,940.00

DISBURSEMENTS:
| 04/22/13 | Brian D. Stokes; Travel to and from conference with Monica Rothbaum | $19.21 |
|---|---|---|

| 04/30/13 | 1074 | Photocopies for this billing cycle | | | $107.40 |
|---|---|---|---|---|---|
| 04/30/13 | | Long Distance Telephone Charge | | | $0.38 |
| 04/30/13 | | Scanned documents | | | $21.50 |

TOTAL DISBURSEMENTS:          $148.49

## BILLING SUMMARY

| JSH | Hammer, Jeffrey S | Associate | 9.20 | 200.00 |
|---|---|---|---|---|
| BDS | Stokes, Brian D | Senior Counsel | 4.40 | 250.00 |

| | | |
|---|---|---|
| Total Professional Services | 13.60 | $2,940.00 |
| Total Disbursements | | $148.49 |
| Total current charges for this invoice | | $3,088.49 |

# ALVAREZ, SAMBOL & WINTHROP, P.A.

P.O. Box 3511
Orlando, Florida 32802-3511
Tel: (407) 210-2796

EIN: 59-3633408

May 31, 2013

American K-9 Detection Service
735 Primera Boulevard
Suite 215
Lake Mary, FL 32746

| | | | |
|---|---|---|---|
| Invoice# | 103625 | BDS | |
| Our file# | 001544 | 014034 | |

Attn:   Monica Washington Rothbaum, Es

Cicero, Richard and Breila v. American K-9 Detection Services, Inc., and American K-9
Detection Services, LLC
DOL: 06/10/10

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/13 | BDS | | 0.50 | $250 | $125.00 |
| 05/02/13 | BDS | | 0.50 | $250 | $125.00 |
| 05/02/13 | BDS | | 3.00 | $250 | $750.00 |
| 05/06/13 | BDS | | 0.80 | $250 | $200.00 |
| 05/06/13 | BDS | | 0.70 | $250 | $175.00 |
| 05/10/13 | BDS | | 0.10 | $250 | $25.00 |
| 05/16/13 | BDS | | 0.10 | $250 | $25.00 |
| 05/28/13 | BDS | | 0.80 | $250 | $200.00 |

| 05/29/13 | BDS | | 0.80 | $250 | $200.00 |
| 05/30/13 | BDS | | 0.90 | $250 | $225.00 |

TOTAL PROFESSIONAL SERVICES:  $2,050.00

**DISBURSEMENTS:**

| 05/31/13 | 34 | Photocopies for this billing cycle | $3.40 |
| 05/31/13 | | Long Distance Telephone Charge | $0.07 |
| 05/31/13 | 17 | Copies of colorized documents/photographs | $15.30 |

TOTAL DISBURSEMENTS:  $18.77

**BILLING SUMMARY**

| BDS | Stokes, Brian D | Senior Counsel | 8.20 | 250.00 |

| Total Professional Services | 8.20 | $2,050.00 |
| Total Disbursements | | $18.77 |
| Total current charges for this invoice | | $2,068.77 |

# ALVAREZ, SAMBOL & WINTHROP, P.A.

P.O. Box 3511
Orlando, Florida 32802-3511
Tel: (407) 210-2796

EIN: 59-3633408

June 30, 2013

American K-9 Detection Service
735 Primera Boulevard
Suite 215
Lake Mary, FL  32746

| | | | |
|---|---|---|---|
| Invoice# | 104425 | BDS | |
| Our file# | 001544 | 014034 | |

Attn:    Monica Washington Rothbaum, Es

Cicero, Richard and Breila v. American K-9 Detection Services, Inc., and American K-9
Detection Services, LLC
DOL: 06/10/10

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | Init | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/13 | JSH | | 1.00 | $200 | $200.00 |
| 06/07/13 | BDS | | 1.00 | $250 | $250.00 |
| 06/07/13 | BDS | | 1.00 | $250 | $250.00 |
| 06/07/13 | BDS | | 0.10 | $250 | $25.00 |
| 06/10/13 | BDS | | 0.30 | $250 | $75.00 |
| 06/10/13 | BDS | | 0.40 | $250 | $100.00 |
| 06/10/13 | BDS | | 1.00 | $250 | $250.00 |
| 06/11/13 | JSH | | 2.00 | $200 | $400.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/12/13 | JSH | | 1.00 | $200 | $200.00 |
| 06/13/13 | BDS | | 0.10 | $250 | $25.00 |
| 06/18/13 | BDS | | 4.00 | $250 | $1,000.00 |
| 06/26/13 | BDS | | 0.20 | $250 | $50.00 |
| 06/28/13 | BDS | | 0.10 | $250 | $25.00 |
| 06/28/13 | BDS | | 0.10 | $250 | $25.00 |

TOTAL PROFESSIONAL SERVICES:                                $2,875.00

**DISBURSEMENTS:**

| | | | |
|---|---|---|---|
| 06/07/13 | | Brian D. Stokes; Airfare to Washington, Dc for deposition of Sarah Payne on June 18, 2013. | $881.60 |
| 06/30/13 | 289 | Photocopies for this billing cycle | $28.90 |
| 06/30/13 | | Long Distance Telephone Charge | $0.06 |
| 06/30/13 | | Scanned documents | $3.60 |
| 06/30/13 | 23 | Copies of colorized documents/photographs | $20.70 |

TOTAL DISBURSEMENTS:                                $934.86

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| JSH | Hammer, Jeffrey S | Associate | 4.00 | 200.00 |
| BDS | Stokes, Brian D | Senior Counsel | 8.30 | 250.00 |

| | | |
|---|---|---|
| Total Professional Services | 12.30 | $2,875.00 |
| Total Disbursements | | $934.86 |
| Total current charges for this invoice | | $3,809.86 |

# ALVAREZ, SAMBOL & WINTHROP, P.A.

P.O. Box 3511
Orlando, Florida 32802-3511
Tel: (407) 210-2796

EIN: 59-3633408

July 31, 2013

American K-9 Detection Service
735 Primera Boulevard
Suite 215
Lake Mary, FL  32746

| | | |
|---|---|---|
| Invoice# | 104636 | BDS |
| Our file# | 001544 | 014034 |

Attn:    Monica Washington Rothbaum, Es

Cicero, Richard and Breila v. American K-9 Detection Services, Inc., and American K-9
Detection Services, LLC
DOL: 06/10/10

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | | | Hours | Rate | |
|---|---|---|---|---|---|
| 07/08/13 | BDS | | 0.20 | $250 | $50.00 |
| 07/09/13 | BDS | | 0.30 | $250 | $75.00 |
| 07/09/13 | BDS | | 4.10 | $250 | $1,025.00 |
| 07/10/13 | BDS | | 1.00 | $250 | $250.00 |
| 07/17/13 | BDS | | 0.10 | $250 | $25.00 |
| 07/18/13 | BDS | | 0.80 | $250 | $200.00 |
| 07/19/13 | BDS | | 1.30 | $250 | $325.00 |
| 07/25/13 | BDS | | 1.00 | $250 | $250.00 |

| 07/25/13 | BDS | ███████████████████ | 0.30 | $250 | $75.00 |
| 07/31/13 | BDS | ███████████████████ | 8.40 | $250 | $2,100.00 |
| 07/31/13 | BDS | ███████████████████ | 0.20 | $250 | $50.00 |

|  | TOTAL PROFESSIONAL SERVICES: | $4,425.00 |

DISBURSEMENTS:

| 07/31/13 | Long Distance Telephone Charge | $0.52 |

|  | TOTAL DISBURSEMENTS: | $0.52 |

BILLING SUMMARY

| BDS | Stokes, Brian D | Senior Counsel | 17.70 | 250.00 |

|  | Total Professional Services | 17.70 | $4,425.00 |
|  | Total Disbursements |  | $0.52 |
|  | Total current charges for this invoice |  | $4,425.52 |

# ALVAREZ, SAMBOL & WINTHROP, P.A.

P.O. Box 3511
Orlando, Florida 32802-3511
Tel: (407) 210-2796

EIN: 59-3633408

August 31, 2013

American K-9 Detection Service
735 Primera Boulevard
Suite 215
Lake Mary, FL  32746

| | | |
|---|---|---|
| Invoice# | 105398 | BDS |
| Our file# | 001544 | 014034 |

Attn:    Monica Washington Rothbaum, Es

Cicero, Richard and Breila v. American K-9 Detection Services, Inc., and American K-9 Detection Services, LLC
DOL: 06/10/10

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | | | Hours | Rate | |
|---|---|---|---|---|---|
| 08/01/13 | BDS | | 6.50 | $250 | $1,625.00 |
| 08/01/13 | BDS | | 9.10 | $125 | $1,137.50 |
| 08/06/13 | BDS | | 1.00 | $250 | $250.00 |
| 08/07/13 | BDS | | 9.30 | $250 | $2,325.00 |
| 08/14/13 | BDS | | 7.80 | $250 | $1,950.00 |
| 08/20/13 | BDS | | 0.70 | $250 | $175.00 |

TOTAL PROFESSIONAL SERVICES:                    $7,462.50

## DISBURSEMENTS:

| | | |
|---|---|---|
| 08/13/13 | Meals for full day depositions on 08/07/2013 | $224.15 |

TOTAL DISBURSEMENTS:                    $224.15

## BILLING SUMMARY

| BDS | Stokes, Brian D | Senior Counsel | 9.10 | 125.00 |
| BDS | Stokes, Brian D | Senior Counsel | 25.30 | 250.00 |

|  | Total Professional Services | 34.40 | $7,462.50 |
|  | Total Disbursements |  | $224.15 |
|  | Total current charges for this invoice |  | $7,686.65 |

# ALVAREZ, SAMBOL & WINTHROP, P.A.

P.O. Box 3511
Orlando, Florida 32802-3511
Tel: (407) 210-2796

EIN: 59-3633408

September 30, 2013

American K-9 Detection Service
735 Primera Boulevard
Suite 215
Lake Mary, FL  32746

| | | |
|---|---|---|
| Invoice# | 106613 | BDS |
| Our file# | 001544 | 014034 |

Attn:    Monica Washington Rothbaum, Es

Cicero, Richard and Breila v. American K-9 Detection Services, Inc., and American K-9
Detection Services, LLC
DOL: 06/10/10

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | Init | | Hours | Rate | |
|---|---|---|---|---|---|
| 09/11/13 | BDS | | 0.30 | $250 | $75.00 |
| 09/11/13 | JSH | | 0.50 | $200 | $100.00 |
| 09/11/13 | JSH | | 0.50 | $200 | $100.00 |
| 09/13/13 | JSH | | 0.40 | $200 | $80.00 |
| 09/19/13 | BDS | | 0.20 | $250 | $50.00 |
| 09/30/13 | BDS | | 0.20 | $250 | $50.00 |
| 09/30/13 | BDS | | 0.20 | $250 | $50.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES: | | $505.00 |

## DISBURSEMENTS:

| | | |
|---|---|---|
| 08/12/13 | Brian D. Stokes; Travel to and from Washington, DC to attend | $391.58 |

deposition of Sara Payne.


TOTAL DISBURSEMENTS:                    $391.58

## BILLING SUMMARY


| JSH | Hammer, Jeffrey S | Associate | 1.40 | 200.00 |
| BDS | Stokes, Brian D | Senior Counsel | 0.90 | 250.00 |

| | | | | |
|---|---|---|---|---|
| | Total Professional Services | 2.30 | | $505.00 |
| | Total Disbursements | | | $391.58 |
| | Total current charges for this invoice | | | $896.58 |

# ALVAREZ, SAMBOL & WINTHROP, P.A.

P.O. Box 3511
Orlando, Florida 32802-3511
Tel: (407) 210-2796

EIN: 59-3633408

October 31, 2013

| | | | |
|---|---|---|---|
| American K-9 Detection Service | Invoice# | 107427 | BDS |
| 735 Primera Boulevard | Our file# | 001544 | 014034 |
| Suite 215 | | | |
| Lake Mary, FL 32746 | | | |

Attn:   Monica Washington Rothbaum, Es

Cicero, Richard and Breila v. American K-9 Detection Services, Inc., and American K-9
Detection Services, LLC
DOL: 06/10/10

## FOR PROFESSIONAL SERVICES RENDERED:

| | | | Hours | Rate | |
|---|---|---|---|---|---|
| 10/15/13 | BDS | ████████████████ | 0.10 | $250 | $25.00 |
| | | TOTAL PROFESSIONAL SERVICES: | | | $25.00 |

## BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| BDS | Stokes, Brian D | Senior Counsel | 0.10 | 250.00 |
| | Total Professional Services | | 0.10 | $25.00 |
| | Total Disbursements | | | $0.00 |
| | Total current charges for this invoice | | | $25.00 |

# ALVAREZ, SAMBOL & WINTHROP, P.A.

P.O. Box 3511
Orlando, Florida 32802-3511
Tel: (407) 210-2796

EIN: 59-3633408

December 31, 2013

American K-9 Detection Service
735 Primera Boulevard
Suite 215
Lake Mary, FL 32746

| | | |
|---|---|---|
| Invoice# | 108581 | BDS |
| Our file# | 001544 | 014034 |

Attn:    Monica Washington Rothbaum, Es

Cicero, Richard and Breila v. American K-9 Detection Services, Inc., and American K-9
Detection Services, LLC
DOL: 06/10/10

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | | | Hours | Rate | |
|---|---|---|---|---|---|
| 12/06/13 | BDS | | 0.20 | $250 | $50.00 |
| 12/06/13 | BDS | | 0.20 | $250 | $50.00 |
| 12/06/13 | BDS | | 0.40 | $250 | $100.00 |
| 12/06/13 | BDS | | 0.10 | $250 | $25.00 |
| 12/06/13 | BDS | | 0.50 | $250 | $125.00 |
| 12/06/13 | BDS | | 0.20 | $250 | $50.00 |
| 12/06/13 | BDS | | 0.10 | $250 | $25.00 |
| 12/11/13 | BDS | | 1.50 | $250 | $375.00 |
| 12/11/13 | BDS | | 0.60 | $250 | $150.00 |
| 12/11/13 | BDS | | 0.10 | $250 | $25.00 |

| 12/16/13 | BDS | | 0.10 | $250 | $25.00 |
|---|---|---|---|---|---|

TOTAL PROFESSIONAL SERVICES:                     $1,000.00

BILLING SUMMARY

| BDS | Stokes, Brian D | Senior Counsel | 4.00 | 250.00 |
|---|---|---|---|---|

Total Professional Services          4.00          $1,000.00
Total Disbursements                                   $0.00
Total current charges for this invoice          $1,000.00